# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>**NEW CENTURY HOLDINGS, INC.,** a Delaware corporation, et al.<br><br>       **Debtor.** | **Chapter 11**<br><br>**Case No. 07-10416 (KJC)**<br>**Jointly Administered** |
| **GREGORY J. SCHROEDER, MICHELLE PARKER, MARTIN WARREN, STEVE HOLLAND, NABIL BAWA,** and the **AD HOC COMMITTEE OF BENEFICIARIES OF THE NEW CENTURY FINANCIAL CORPORATION DEFERRED COMPENSATION PLAN** and the **NEW CENTURY FINANCIAL CORPORATION SUPPLEMENTAL EXECUTIVE RETIREMENT SAVINGS PLAN** for themselves and all others similarly situated,<br><br>       **Plaintiffs,**<br>  v.<br><br>**NEW CENTURY HOLDINGS, INC.,** et al.,<br><br>       **Defendants.** | **Adv. Proc. No. 07-51598** |

## STIPULATION BY AND BETWEEN PLAINTIFFS AND DEFENDANT WELLS FARGO BANK N.A. EXTENDING THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

THIS STIPULATION is made by the plaintiffs in this adversary proceeding and defendant Wells Fargo Bank N.A. a/k/a Wells Fargo ITS (the "Defendant").

NOW THEREFORE, it is hereby stipulated and agreed that the Defendant shall have until August 27, 2007 to answer, plead or otherwise move in response to Plaintiff's Complaint filed in the above-captioned adversary proceeding.

Dated: July 25, 2007 STEVENS & LEE, P.C.

  /s/ *Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (Del. No. 4035)
1105 North Market Street
Suite 700
Wilmington, DE 19801
jhh@stevenslee.com

Robert J. Keach
Michael A. Fagone
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
rkeach@bernsteinshur.com

*Counsel for Plaintiffs*

Dated: July 25, 2007 KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

  /s/ *Joanne B Wills*
Joanne B. Wills (Del. Bar No. 2357)
Christopher A. Ward (Del. Bar No. 3877)
919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189 Telephone
(302) 426-9193 Facsimile
jwills@Klehr.com

Andrew A. Nicely
MAYER, BROWN, ROWE & MAW LLP
1909 K Street NW
Washington, DC 20006
(202) 263-3000
anicely@mayerbrown.com

Counsel to Defendant Wells Fargo Bank
N.A. a/k/a Wells Fargo ITS

Approved this _____ day of _____, 2007

_____
United States Bankruptcy Judge