UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtor. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br>Jointly Administered |
| GREGORY J. SCHROEDER, et al.,<br><br>Plaintiffs<br><br>v.<br><br>NEW CENTURY HOLDINGS, INC., et al.,<br><br>Defendants. | Adv. Pro. No. 07-51598 |

## THE LIQUIDATING TRUSTEE'S MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO THE STATUS OF ASSETS HELD IN THE RABBI TRUST

Pursuant to Fed R. Civ. P. 56 and Fed. R. Bankr. P. 7056, the Liquidating Trustee,[1] by and through undersigned counsel,

---

[1] The Liquidating Trustee stands in the shoes of the New Century Defendants in this adversary proceeding. They include: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporation, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home 123 Corporation (f/k/a The Anyloan Corporation, 1800Anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, AD ASTRA Mortgage, Midwest Home Mortgage, Trats Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company;

1

hereby moves this Court for the entry of an order, substantially in the form attached hereto as Exhibit A, (i) granting summary judgment with respect to the status of the assets held in the rabbi trust; and (ii) granting the Liquidating Trustee such other and further relief as is just and proper.

In support of this Motion, the Liquidating Trustee relies upon the accompanying *Memorandum of Points and Authorities In Support Of The Liquidating Trustee's Motion For Summary Judgment With Respect To The Status Of Assets Held In The Rabbi Trust*, the *Declaration of Janet Okimoto*, and the *Declaration of Arthur W.S. Duff*, filed contemporaneously herewith.

*Remainder of page intentionally left blank.*

---

NC DELTEX, LLC, a Delaware limited liability company; NCORAL L.P., a Delaware limited partnership; New Century Warehouse Corporation, a California corporation (the foregoing, "New Century" or "Debtors"); and the Official Committee of Unsecured Creditors. The Complaint erroneously names "New Century Holdings, Inc., a Delaware corporation," as the lead Debtor. This is not a legal entity.

Dated: March 27, 2009
Wilmington, Delaware

        Respectfully submitted,

        */s/ Elizabeth Sloan*
Bonnie Glantz Fatell (No. 3809)
Elizabeth Sloan (No. 5045)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400
(302) 425-6464 (fax)

    -and-

Paul A. Friedman
BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208

    -and-

Gary S. Tell, Esq.
Arthur W.S. Duff, Esq.
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC  20006
(202) 383-5300
(202) 383-5414 (fax)

*Attorneys for the New Century Liquidating Trustee*