# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY HOLDINGS, INC., a Delaware corporation, et al.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br>Jointly Administered |
| GREGORY J. SCHROEDER, et al.,<br><br>        Plaintiffs<br><br>        v.<br><br>NEW CENTURY HOLDINGS, INC., et al.,<br><br>        Defendants. | Adv. Pro. No. 07-51598 |

## ORDER

The Court, having considered *The Liquidating Trustee's Motion For Summary Judgment With Respect To The Status Of The Assets Held In The Rabbi Trust* (the "Motion"), and good cause having been shown for the relief sought in the Motion,

IT IS HEREBY ORDERED this ____ day of _____, 2009, that the Motion is GRANTED and summary judgment be entered in favor of the Liquidating Trustee with respect to the status of the assets held in the rabbi trust.

 

                                                                _____
                                                                 THE HONORABLE KEVIN J. CAREY
                                                                 CHIEF UNITED STATES BANKRUPTCY JUDGE