## CERTIFICATE OF SERVICE

I, Elizabeth A. Sloan, hereby certify that on March 27, 2009 I caused a copy of the following document to be served on the parties listed on the attached service list in the manner indicated.

    The Liquidating Trustee's Motion For Summary Judgment
    With Respect To The Status Of Assets Held In The Rabbi Trust

    _____
    Elizabeth A. Sloan (DE No. 5045)

130566.01600/40179952v.1

## Service List

**Via Hand Delivery**

Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

Joseph H. Huston, Jr.
Stevens & Lee, P.C.
1105 North Market Street
Seventh Floor
Wilmington, DE 19801

Mark D. Collins
Robert J. Stearn, Jr.
Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, De 19801

Carl N. Kunz, III
Morris James LLP
500 Delaware Ave., Ste. 1500
P.O. Box 2306
Wilmington, DE 19801-1494

**Via First Class Mail**

Meryl Young
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612-4412

Paul Blankenstein
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., NW
Washington, D.C. 20036-5306

Alan M. Jacobs, President
AMJ Advisors LLC
999 Central Avenue
Suite 208
Woodmere, New York 11598

Andrew A. Nicely
Mayer, Brown, Rowe & Maw LLP
1909 K Street NW
Washington, DC 20006

Robert J. Keach
Michael A. Fagone
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
PO Box 9729
Portland, ME 04104-5029

130566.01600/40179952v.1