UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEW CENTURY HOLDINGS, INC., a Delaware corporation, et al.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 07-10416 (KJC)<br>Jointly Administered |
| GREGORY J. SCHROEDER, et al.,<br><br>        Plaintiffs<br><br>        v.<br><br>NEW CENTURY HOLDINGS, INC., et al.,<br><br>        Defendants. | Adv. Pro. No. 07-51598 |

**DECLARATION OF ARTHUR W.S. DUFF IN SUPPORT OF THE LIQUIDATING TRUSTEE'S MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO THE STATUS OF THE ASSETS HELD IN THE RABBI TRUST**

I, Arthur W. S. Duff, hereby declare and state as follows:

1. I am an attorney with the law firm of O'Melveny & Myers LLP, counsel to the Liquidating Trustee.

2. Except as otherwise stated herein, I am providing the information in this declaration based on my personal knowledge. If called as a witness I could and would competently testify to the matters set forth in this declaration.

3. Attached hereto as **Exhibit A** is a true and correct copy of the "New Century Financial Corporation Supplemental Benefit and Deferred Compensation Trust Agreement," effective on

1

January 1, 1999 (the "Trust Document" or "Trust Doc."), as attached to the Complaint for Declaratory Judgment and Other Equitable Relief -- Class Action and produced by the New Century Defendants at Bates Nos. NCDCP0002243 - NCDCP0002258.

4. Attached hereto as **Exhibit B** is a true and correct copy of the "New Century Financial Corporation Deferred Compensation Plan Amended and Restated July 1, 2004," executed on June 22, 2004, as attached to the Complaint for Declaratory Judgment and Other Equitable Relief -- Class Action and produced by the New Century Defendants at Bates Nos. NCDCP0001045 - NCDCP0001068.

5. Attached hereto as **Exhibit C** is a true and correct copy of the "New Century Financial Corporation Deferred Compensation Plan, Prospectus and Summary Plan Document," dated December 7, 1998, as produced by the New Century Defendants at Bates Nos. NCDCP0012195 - NCDCP0012209.

6. Attached hereto as **Exhibit D** is a true and correct copy of the "New Century Financial Corporation 2006 DCP Enrollment Kit," dated April 2006, as produced by the New Century Defendants at Bates Nos. NCDCP0001867 - NCDCP0001933.

Executed this 27th day of March, 2009 at Washington, D.C.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Arthur W. S. Duff