# Exhibit C

# NEW CENTURY FINANCIAL CORPORATION

## SUMMARY OF
## NEW CENTURY FINANCIAL CORPORATION
## DEFERRED COMPENSATION PLAN

**This Prospectus and Summary Plan Description (this "Prospectus") provides important information to employees of New Century Financial Corporation (the "Company") who are eligible and selected to participate in the New Century Financial Corporation Deferred Compensation Plan (the "Plan").**

**Each employee eligible to participate in the Plan is further advised to seek such tax and financial counsel as he or she deems appropriate before electing to participate in the Plan.**

**All employees eligible to participate in the Plan should read the Plan document. This Prospectus is qualified in its entirety by the terms of the Plan.**

---

***Special risk factors related to participation in the Plan are discussed below under "Risk Factors – Special Considerations."***

---

***This document constitutes part of a Prospectus covering Deferred Compensation Obligations of the Company that have been registered under the Securities Act of 1933, as amended (the "Securities Act"), and that will be offered under the Plan.***

---

***The Securities and Exchange Commission (the "SEC") has not approved or disapproved of these securities or determined if this Prospectus is truthful or complete. Any representation to the contrary is a criminal offense.***

---

***The Company has not authorized anyone to provide you with information that is different from the information contained in this Prospectus or in the documents which are part of this Prospectus through incorporation by reference.***

---

**The date of this Prospectus is December 7, 1998**

 

**TABLE OF CONTENTS**

Page

**GENERAL INFORMATION** .......... 1
**DESCRIPTION OF THE PLAN** .......... 1
General .......... 1
Administration .......... 1
Eligibility .......... 1
How To Enroll In The Plan .......... 2
Participant Accounts – Plan Benefits .......... 3
How Accounts are Credited with Earnings or Losses .......... 6
Vesting (How Much of the Account is Yours) .......... 7
Beneficiary Designation .......... 7
No Transferability of Plan Interests .......... 8
Amendment, Modification, Suspension or Termination .......... 8
Claims Procedure .......... 8
**RISK FACTORS - SPECIAL CONSIDERATIONS** .......... 8
Risk of Loss of Deferrals .......... 8
Irrevocable Deferral Commitments .......... 9
General Factors Associated with Deferrals Under the Plan .......... 9
Rights of Participants .......... 9
Employee Retirement Income Security Act of 1974; Tax Qualification .......... 10
Relationship of the Company to Fund Administrators .......... 10
**FEDERAL INCOME TAX CONSEQUENCES** .......... 10
Recognition of Income or Loss .......... 10
Taxation of Deferrals for Social Security Tax Purposes .......... 10
Effect on Social Security Benefits .......... 11
Federal Income Tax Withholding .......... 11
Tax Withholding at Time of Deferral .......... 11
Future Tax Law Changes .......... 11
**DOCUMENTS INCORPORATED BY REFERENCE** .......... 11
**AVAILABLE INFORMATION** .......... 12
**ADDITIONAL INFORMATION** .......... 12
**EXHIBITS** .......... 12

 

## GENERAL INFORMATION

The principal executive offices of the Company are located at 18400 Von Karman Avenue, Suite 1000, Irvine, California 92612, telephone number (949) 440-7030.

Through the Plan, eligible employees have the option to save for retirement by deferring a certain percentage of their annual cash compensation otherwise payable to them by the Company or certain of its affiliates. Any deferred portion of a participant's compensation will be credited to a bookkeeping account maintained in the participant's name under the Plan. A participant may choose from among different crediting options for the deemed investment of his or her deferred amounts for purposes of determining the amount of earnings or losses to be credited with respect to such amounts. The Plan is described in more detail below.

## DESCRIPTION OF THE PLAN

### General

The Plan was approved by the Board of Directors of the Company (the "**Board**") on November 19, 1998. This summary describes important features of the Plan (as in effect on the date of this Prospectus). Therefore, it is important for you to read this information very carefully. A copy of the Plan may be obtained by submitting a written request to the Human Resources Department at the address of the principal executive offices of the Company given above. This Summary is subject to, and qualified in its entirety by, the full text of the Plan.

***No assets are set aside for participants in a trust or held in any way as collateral security for fulfilling the obligations of the Company under the Plan. The Company's obligation under the Plan is merely an unfunded and unsecured promise to pay money in the future. Participants' rights are no greater than those of unsecured general creditors.***

### Administration

The Plan is administered by the Compensation Committee (the "**Committee**") of the Board. The members of the Committee are appointed by and serve at the pleasure of the Board. Members of the Committee may participate in the Plan if otherwise eligible. The members and structures of the Board and the Committee are described in the Company's annual proxy statement filed with the SEC. Neither the Board nor the Committee will generally be liable for any actions or inactions with respect to the Plan.

Pursuant to the terms of the Plan, the Committee has the authority to make and enforce all rules and regulations for the administration of the Plan and decide or resolve any and all questions, including interpretations of the terms of the Plan, as may arise in connection with the Plan. Decisions or actions of the Committee with respect to the Plan (including its administration, interpretation, or application, or any rules or regulations adopted with respect to the Plan) are final, conclusive and binding upon all persons.

### Eligibility

You are eligible to be selected for participation in the Plan if you are an Eligible Employee. "**Eligible Employee**" means any management or highly compensated employee of the Company or one of its participating affiliates, as determined by the Committee. The Committee will select from the group of Eligible Employees those employees who may participate in the Plan for each calendar year. (That is, even if you are an Eligible Employee, you may not participate in the Plan for a calendar year unless you are selected by the Committee, in its discretion, to participate for that year.)

Participation is determined on an annual basis. That is, you may defer compensation under the Plan only with respect to the year that you are selected to participate. To defer compensation under the Plan in any subsequent year, you must again qualify as an Eligible Employee and be selected by the Committee to participate in the Plan for that year.

 

*If you are eligible and selected by the Committee to participate, your participation in the Plan is completely voluntary.*

**How To Enroll In The Plan**

If you are selected for Plan participation with respect to a calendar year, you will be notified by the Committee prior to the start of that year. An enrollment package, containing an Enrollment Agreement, will be sent to you. Additional Enrollment Agreement forms may be requested from the Human Resources Department at the address of the Company's principal executive offices given on page 1. To defer compensation under the Plan for that year, you must complete your Enrollment Agreement and file it with the Committee on or before the filing deadline announced by the Committee. The filing deadline for each year will be a date on or before the December 31 preceding that year.

***Once made, an Enrollment Agreement is irrevocable for the year with respect to which it is made.*** For any subsequent year (if you are then eligible and selected to participate in the Plan), you must file a new Enrollment Agreement if you wish to defer compensation under the Plan in that year.

> *Example:* Assume that you are eligible and selected to participate in the Plan for the year 2000. Your completed Enrollment Agreement must be received by the Committee on or before the announced deadline, which will be no later than December 31, 1999. The deferrals that you elect on that agreement will be irrevocable and apply to the compensation that you earn in the year 2000. If you are again eligible and selected to participate in the Plan for the year 2001, you will have to file a new Enrollment Agreement, as described above, no later than the date announced by the Committee or December 31, 2000.

***Compensation Deferral Election***

Your Enrollment Agreement must specify the amount (expressed as a whole percentage) of Compensation (as defined below) that you elect to defer for the related calendar year.

For Plan purposes, "Compensation" generally means the cash compensation paid to you by the Company or one of its affiliates during the related calendar year, including amounts paid as wages, commissions, cash bonuses and other cash incentives. Compensation does not include any contributions to benefit plans, fringe benefits, moving and relocation expenses, other forms of welfare benefits, and other non-cash compensation.

The Committee may establish other minimum or maximum levels of deferrals for any calendar year which, if established, will be announced prior to the start that year. The Committee may also permit participants to specify separate deferral amounts for each of the different forms of Compensation (*e.g.*, base salary, bonus, commission payments) for any calendar year.

***Distribution Elections***

Two bookkeeping **"Accounts"** are maintained for you under the Plan, a **"Retirement Distribution Account"** and an **"In-Service Distribution Account."** Your Enrollment Agreement must specify how you would like your deferrals to be divided for crediting between the two Accounts for the related calendar year. The timing and form of payment of your Plan benefits will depend on how your deferrals are allocated between your Accounts (see "Participant Accounts – Plan Benefits" and "Beneficiary Designation" below).

> *Example*: Assume that you elect that 10% of your Compensation for a calendar year be deferred under the Plan. You must also specify what percentage of those deferrals are to be credited to your Retirement Distribution Account and what percentage are to be credited to your In-Service Distribution Account.

*Tax Withholding*

Notwithstanding any deferral election, the Company and its affiliates may withhold from any salary, bonus, commission, or other compensation otherwise payable to you or otherwise to be deferred under the Plan by you, the amount of any required federal, state, or local employment, income or other taxes.

*New Employees*

If you first become an employee of the Company or one of its participating affiliates during a calendar year, and you are an Eligible Employee and selected for Plan participation by the Committee, you may elect to participate in the Plan during that year by filing an Enrollment Agreement with the Committee no later than the date that is 30 days after you first became an employee. Your election to defer Compensation will not apply to any Compensation earned on or before the date that your Enrollment Agreement is received by the Committee.

**Participant Accounts – Plan Benefits**

If you elect to participate in the Plan, the Company will establish two Accounts for you under the Plan: a Retirement Distribution Account and an In-Service Distribution Account. Your Accounts are for bookkeeping purposes only and will not be funded or otherwise secured. Separate Accounts will be established for each Distribution Option Period (described below) that you participate in the Plan. Your deferred Compensation will be credited, no later than the 15th day of the month after the Compensation would have otherwise been paid to you, between the Accounts in the percentages that you elected on your Enrollment Agreement for that year. Distributions from either of your Accounts will reduce the balance credited to that Account.

*Retirement Distribution Account*

On your Enrollment Agreement, you must elect whether amounts credited to your Retirement Distribution Account will be paid following (1) your Retirement (as defined below), or (2) if later, your attainment of age 65. For Plan purposes, "Retirement" generally means your termination of employment with the Company and its affiliates (for reasons other than death) at or after age 65, or, at or after age 55 if you have 5 or more years of service with the Company.

If your Retirement Distribution Account becomes payable, such account will be paid (1) in a lump sum, (2) in annual installments over the period that you elect, or (3) by any other mathematical formula that you may provide that is accepted by the Committee. You must specify your payment election, on a form and in a manner prescribed by the Committee, at least one year prior to the date of your Retirement. Any lump sum payment will be paid (or installment payments will commence) in, but not later than January 31 of, the calendar year following the year in which you Retire or attain age 65, as applicable.

If your employment with the Company and its affiliates terminates (other than due to your Disability (as defined below) or death) prior to the earliest date on which you could Retire, your Retirement Distribution Account will be paid (1) in a cash lump sum by February 28 of the year following your termination of employment, or (2) in a lump sum or installments following your attainment of age 65, as elected in your Enrollment Agreement; provided that the Company may pay your benefit in the form of a lump sum by February 28 of the year following your termination regardless of any elections that you may have made.

*In-Service Distribution Account*

The Plan operates in successive five-year periods for In-Service Distribution election purposes. Each such period is called a **"Distribution Option Period."** The first Distribution Option Period commences in 1999 and will continue through 2003. Any deferrals that you make to your In-Service

Distribution Account during a Distribution Option Period (and any earnings credited on those deferrals) will be paid in accordance with your elections for that period. Your Enrollment Agreement for your first year of participation in any Distribution Option Period must specify your time and manner of payment elections for that period. The elections that you may make are described in more detail under the "In-Service Distribution Account" and "Beneficiary Designation" sections below.

> *Example*: Assume that the first year that you elect to participate in the Plan is the year 2000. On your Enrollment Agreement for the year 2000 (filed no later than December 31, 1999), you must (in addition to specifying the percentage of Compensation that you elect to defer for that year and whether your deferrals for that year are to be credited to your Retirement Distribution Account or your In-Service Distribution Account) complete the time and manner of payment elections that will apply to your In-Service Distribution Account for that Distribution Option Period (1999 – 2003). The next Distribution Option Period will commence in 2004 and, if you participate in 2004 or in the first year that you participate after 2004, you will then file new time and manner of payment elections with respect to your In-Service Distribution Account for that Distribution Option Period.

Each year in which you are selected and wish to participate in the Plan, you must file a new Enrollment Agreement specifying the percentage of your Compensation that you elect to defer to the Plan for that year, and the Account(s) to which your deferrals for that year are to be credited. You may not, however, change the time and manner of payment elections that you made for that Distribution Option Period.

> *Example:* Using the prior example, if you also elected to participate in the Plan for the year 2001, you could elect that your deferrals for that year be credited to your Retirement Distribution Account or your In-Service Distribution Account. You could not, however, change any of the other time or manner of payment elections that you had made with respect to that Distribution Option Period.

On your Enrollment Agreement for the first year that you participate in the Plan during a Distribution Option Period, you must elect the year in which the amounts credited to your In-Service Distribution Account for that Distribution Option Period (if any) will be paid and the manner of payment. The year you select for commencement of payments may be no earlier than the third year following the end of that Distribution Option Period. The earliest distribution dates for the first four Distribution Option Periods under the Plan are as follows:

| Distribution Option Period | Earliest In-Service Distribution Date |
|---|---|
| 1999-2003 | 2006 |
| 2004-2008 | 2011 |
| 2009-2013 | 2016 |
| 2014-2018 | 2021 |

You may elect that payment be made (1) in a lump sum, or (2) in annual installments over 2, 3, 4, or 5 years.

Your In-Service Distribution Account will be paid (or, if installments are elected, installments will commence) no later than the January 31 of the year that you elect.

If your employment with the Company and its affiliates terminates (other than due to your Disability or death) prior to the date on which your In-Service Distribution Account becomes distributable, your In-Service Distribution Account will be paid (1) in a cash lump sum by February 28 of the year following your termination, (2) in a cash lump sum on the date that such amount would have been distributed had you not terminated employment, or (3) in the form of installments commencing on the date that benefits would have been paid (or installments would have commenced) had you not terminated

employment, as elected by you on your Enrollment Agreement for that Distribution Option Period; provided that the Company may pay your benefit in the form of a lump sum by February 28 of the year following your termination regardless of any elections that you may have made.

*Disability*

If you become Disabled, your ability to make deferrals under the Plan will terminate as of the date that you first became eligible to receive benefits under the Company's Long-Term Disability Plan, as amended from time to time. However, for Plan distribution purposes, if you are Disabled, your benefits will be paid in accordance with your elections as though you had not terminated employment; provided that your Retirement Distribution Account will be paid no later than the January 31 of the year following the later of the date that you terminated employment for Disability or the first year in which you would have otherwise become eligible to Retire. For Plan purposes, **"Disabled"** means that you suffer from a mental or physical condition which qualifies for benefits under the Company's Long-Term Disability Plan.

*Survivor Benefits*

In the event of your death, your Accounts will be distributed as described below under "Designation of Beneficiary."

*Emergency Benefits*

You may file a written request with the Committee for an "Emergency Benefit." The Committee may, in its discretion, grant your request if it determines that you have suffered an unforeseeable financial emergency. For purposes of the Plan, an unforeseeable financial emergency generally means that you have an unexpected need for cash arising from an illness, casualty loss, sudden financial reversal, or other similar unforeseeable occurrence. Cash needs arising from foreseeable events such as the purchase of a house or education expenses will not be considered to be the result of an unforeseeable financial emergency. Emergency Benefits will be paid (as soon as administratively practicable after the Committee approves the payment) from your In-Service Distribution Accounts in the order in which such Accounts would otherwise be distributed to you. If the distribution exhausts your In-Service Distribution Accounts, the distribution will be paid from your Retirement Distribution Account. If you receive an Emergency Benefit, you will be prohibited from making deferrals to the Plan for the remainder of the year of payment and for the year following the year of payment.

*Accelerated Distribution*

You may at any time elect to accelerate the payment of all or a portion of your Accounts; provided that no less than 25% of any Account may be accelerated at any one time and that your accelerated distribution will be subject to a 10% penalty. An accelerated distribution election must be made in writing to the Committee. If you elect an accelerated distribution, the specified portion of your Accounts will be paid to you, as soon as administratively practicable after your written election is received by the Committee, in the form of a cash lump sum and less the amount of the 10% penalty. The 10% penalty will be permanently and irrevocably forfeited to the Company and you will have no further rights with respect to the amount of the penalty. In addition, you will be prohibited from making deferrals to the Plan for the remainder of the year in which you received the distribution and for the year following the distribution.

> *Example*: Assume that your Accounts were valued at $50,000, and that you needed $18,000. You could elect to receive a $20,000 accelerated distribution of your Accounts. $2,000 of the accelerated distribution would be forfeited to the Company and you would receive a distribution of $18,000.



**How Accounts are Credited with Earnings or Losses**

You will have the flexibility of choosing an earnings crediting option or options for purposes of crediting your Accounts with earnings or losses. Each earnings crediting option corresponds to a *deemed* investment in an investment fund or portfolio (a "Fund") that provides a measure of the earnings or losses for that crediting option. These choices are offered because your needs may differ from other employees, so the desired return on your deferrals, as well as the investment risk for that return, is a choice best left to you. Obviously, the Company can give no assurances that your expectations about returns will in fact be realized.

You may specify that each of your Accounts be deemed to be invested in one earnings crediting option, or split your Accounts between multiple crediting options in whole percentage increments, so long as the elected percentage for any one crediting option is not less than 10%. Earnings or losses on your Accounts will be credited monthly. The amount of earnings or losses credited to your Accounts will equal the deemed net earnings or losses for that period (after any management or advisory fees) of the Fund(s) corresponding to the earnings crediting option(s) that you select.

You have several crediting options from which to choose for purposes of crediting your Accounts with earnings or losses. Appendix A to this Prospectus - "Selecting Earnings Crediting Options" - includes the names of the Funds that correspond to the earnings crediting options currently available under the Plan, and certain other information regarding the Funds and their objectives (including certain historical performance information with respect to the Funds).

The Fund information presented in Appendix A is based on information in prospectuses and other reports of each of the Funds. This information is provided solely for the benefit of Plan participants; it does not reflect an independent evaluation or verification by the Company. Furthermore, the Company makes no representations with respect to the ability of any Fund to satisfy its objectives. The particular earnings crediting options and Funds available, the investments of each Fund, and the objectives of the Funds may change from time to time. The Company reserves the right to increase or decrease the number of earnings crediting options and Funds, and to change the particular earnings crediting options and Funds, available under the Plan.

***Notwithstanding your ability to designate earnings crediting options, the Company will have no obligation to invest any funds in accordance with your elections and may, in its sole discretion, determine how deferrals will actually be invested. Your Accounts will merely be bookkeeping entries on the Company's books, and you will obtain no interest in any particular investment or in any deemed investment in the Funds.*** The earnings or losses of the Funds simply provide a measure of the earnings or losses to be credited to your Accounts.

You have the opportunity to change crediting options for amounts credited to your Accounts and/or change investment crediting options for existing Account balances (in at least 10% increments) from time to time as permitted by the Committee. Generally, such changes will be permitted at least once each year, and, each year, the Committee will announce the procedures that must be followed to make a change and the deadline for making a change election. Therefore, you not only have the flexibility of investment choice, but also of investment change.

If you do not make a specific investment selection, your money will automatically be deemed invested in a Fund selected by the Committee.

You will receive a statement of your Accounts on a quarterly basis. Each statement will set forth the amount credited to each of your Accounts as of the end of the preceding calendar quarter.

*Risk Factors*

**No recommendation is made by the Company, the Committee, or the Board as to whether or not you should defer compensation under the Plan or select any particular earnings crediting option available under the Plan as a measure for crediting earnings or losses. No assurances can be given that investment losses will not occur in connection with any of the crediting options or corresponding**

**Funds. Each crediting option and its corresponding Fund offers its own risk and potential return. None of the crediting options or Funds are insured or guaranteed by the U.S. government or any other entity.**

The investment objectives of any of the Funds may be changed. There can be no assurance that the objectives of the Funds or that your objectives in designating earnings crediting options will be realized. Investment in equity securities inherently involves the risks associated with the affairs of each issuer of the securities as well as general market risks. The same is true of investment in debt securities. Debt securities tend to decline in value when interest rates rise; this effect is greater for longer term bonds and relatively minor for short term cash instruments which are about to mature. Investment in a balanced portfolio necessarily involves the risks inherent in stocks and debt securities of varying maturities, including the risk that the portfolio may invest too much or too little of its assets in each type of security at any particular time. Investment in international securities involves an array of special risk considerations.

***Charges and Deductions (Other Than Taxes)***

Each of the Funds may incur a daily charge for investment advisory and other services provided to it. The total Fund expenses vary by Fund and, as of the date of this Prospectus, fall in an approximate range of .36% to 1.2% of assets on an annual basis. These expenses are deducted from the gross returns of the Funds to obtain the net returns that are used as the measure of crediting earnings or losses to your Accounts with respect to the earnings crediting option(s) that you select. More current Fund expense information may be requested from the Human Resources Department at the address of the Company's principal executive offices given on page 1.

Other than timing and procedures for filing the appropriate elections, there are currently no restrictions on or costs associated with an election to reallocate the deemed investment of your Account balances among earnings crediting options.

The expenses and fees incurred in the administration of the Plan, such as benefit plan consultation fees, recordkeeping fees and legal fees, are paid by the Company.

**Vesting (How Much of the Account is Yours)**

You are always 100% vested in your Accounts, although the value of your Accounts will change over time depending on the deemed earnings or losses of the investment Funds that you select and subject to the 10% penalty provision if you elect an accelerated distribution.

**Beneficiary Designation**

At any time, you may designate a person, persons or entity (a "**Beneficiary**") to whom amounts credited to your Accounts will be paid or delivered in the event of your death prior to the complete distribution of your Plan benefits. Your Beneficiary designation must be in writing on a beneficiary designation form supplied by the Committee and will be effective only when filed (in accordance with rules or procedures established and announced by the Committee) with the Committee during your lifetime. If you are married, live in a community property state and select someone other than your spouse as your Beneficiary, your Beneficiary designation must be signed by your spouse. The Committee may, however, require that all Beneficiary designations be signed by a married participant's spouse.

Your Beneficiary designation may be changed or withdrawn by you without the consent of any designated Beneficiary by the filing a new Beneficiary designation form with the Committee. The proper filing of a new valid Beneficiary designation form will cancel all of your previous Beneficiary designations.

If you haven't filed a valid Beneficiary designation at the time of your death, then your Beneficiary will be deemed to be your estate.

Confidential NCDCP0012203

If you die after payment of one of your Accounts has commenced in the form of installment payments, but prior to the complete distribution of that Account, the remaining installments will be paid to your Beneficiary. If you die before payment of your Retirement Distribution Account has commenced, payment of that Account will be made to your Beneficiary (1) in a lump sum as soon as practicable after your death or (2) in the manner and at the time such amount would have otherwise been distributed to you had you lived, as elected by you on your initial Enrollment Agreement. If you die before payment of your In-Service Distribution Account has commenced, payment of that Account will be made to your Beneficiary (1) in a lump sum as soon as practicable after your death or (2) in the manner and at the time such amount would have otherwise been distributed to you had you lived, as elected by you on your initial Enrollment Agreement for that Distribution Option Period.

**No Transferability of Plan Interests**

Your Plan benefits will be paid only to you (or, if you die, to your Beneficiary). You may not transfer, alienate, or otherwise encumber any interest that you may have in the Plan, your Accounts, or any Plan benefits. These limitations also apply to Beneficiaries.

**Amendment, Modification, Suspension or Termination**

The Committee may amend, suspend, discontinue or terminate the Plan at any time; except that no amendment, suspension, discontinuance or termination may reduce any amounts previously allocated to participants' Accounts. If the Plan is terminated, the Committee may elect to pay all Accounts in the form of single lump sum payments as soon as administratively practicable after the termination.

**Claims Procedure**

If you believe that you are being denied a benefit to which you are entitled under the Plan, you should file a written request for such benefit with the Committee. The request should set forth the reasons for your claim. Any communication to the Committee should be sent to the Committee, care of New Century Financial Corporation, at the Company's address given on page 1. The Committee will reply to the claim within ninety days (or 180 days under special circumstances). If the claim is denied in whole or in part, you may submit the claim, within 60 days after such denial, to the Committee for review. Not more than 60 days after the Committee's receipt of your request for review (or 120 days under special circumstances), the Committee will review the prior claim decision and any additional information that you may submit, and will inform you in writing of its final decision.

## RISK FACTORS - SPECIAL CONSIDERATIONS

An election to defer compensation in accordance with the provisions of the Plan involves a number of significant factors which should be carefully considered before you elect to participate in the Plan. No assurances can be given that the tax and other objectives of the Plan will be realized. You should also be aware of the following factors associated with electing to defer compensation under the Plan.

**Risk of Loss of Deferrals**

The balance of each of your Accounts that you elect to be deemed to be invested in a particular earnings crediting option will be indexed to the performance of the Fund that corresponds to that crediting option. The crediting options selected affect the value of your Account balances in direct relationship to the actual performance of the corresponding Fund(s).

Account balances could, at any time, be less than the amounts that you defer principally because they are subject to risk based on actual Fund performance. Thus, you could lose amounts deferred under the Plan, and a return of amounts deferred is not insured, assured or otherwise guaranteed by the Company, the federal government, or any other entity. ***See also "How Accounts are Credited with Earnings or Losses - Risk Factors" and "How Accounts are Credited with Earnings or Losses – Charges and Deductions (Other Than Taxes)" above and "Special Considerations - Rights of Participants" below.***

**Irrevocable Deferral Commitments**

Deferral commitments are irrevocable for the year with respect to which they are made. You should therefore carefully consider your individual financial circumstances before making any deferral commitment.

**General Factors Associated with Deferrals Under the Plan**

Participation in the Plan, like other types of investment decisions, should be considered as only one element in personal financial planning, not a substitute for adequate available cash and other liquid investments or fixed-value assets. Further, you should consider the "opportunity cost" of your deferral (*e.g.*, whether anticipated benefits of deferred compensation will be greater than the benefits that you could achieve by paying current income tax on the compensation and investing the remainder in alternative investments). For example, recent legislation has significantly increased the differential between ordinary and capital gain tax rates. You must weigh the opportunity costs and benefits, in your own specific case, of (1) deferring income (and payment of taxes) under the Plan and (2) paying tax currently and investing otherwise deferred amounts in capital investments otherwise available on the market (any gain on which may be eligible for capital gain tax rates when the asset is eventually sold or otherwise disposed of). For a general description of the federal income tax effects of deferring income under the Plan, see "Federal Income Tax Consequences" below.

**Rights of Participants**

The Company may maintain one or more grantor trusts (each a "Trust") for investing Company assets. When Plan benefits become payable, the Company may pay such benefits from the general assets of the Company or direct that payments be made directly from a Trust. ***The assets of each Trust are, however, subject to the Company's general creditors in the event of the Company's receivership, bankruptcy or insolvency.***

***Your rights to amounts payable under the Plan are only those of a general unsecured creditor. Amounts deferred will not be segregated from the Company's general funds or placed in any separate trust account otherwise secured, principally because of restrictions under the tax laws, and will be available for any and all general corporate purposes of the Company, including dividends.*** (As noted, if a Trust is formed, its assets remain subject to the Company's general creditors.)

If you defer compensation under the Plan, you will be entitled to receive amounts payable under the Plan, if any, only if the Company has enough funds available to pay Plan obligations after paying all of its secured or other priority creditors. In the event of receivership, bankruptcy or insolvency, you will have no special rights against specific property or assets of the Company (including any Trust) nor will you be the beneficiary of, or have any rights, claims or interests in, any annuity contract or other investment, or the proceeds therefrom, owned or which may be acquired by the Company. In such event, your rights to Plan benefits would be limited to those of a general unsecured creditor of the Company. ***The obligations of the Company under the Plan are in the nature of unfunded and unsecured promises to pay money in the future.***

The Company is not obligated under the Plan to invest in the particular Funds against which deferred amounts have been or will be indexed. Such investments by the Company, if made, should not be construed as meaning that the Company will be able to fully and effectively hedge against future payouts under the Plan, or, if the Company were able to hedge against future payouts, that such monies will be available to you as a Plan participant. You will not have any interest or rights in Funds against which your Accounts are indexed or in the Company's interest, if any, in such Funds.

The Plan or your participation in the Plan gives you no rights to continued employment with the Company. If you are selected and elect to participate in the Plan in one calendar year, you have no rights with respect to continued participation in the Plan in any subsequent calendar year.



**Employee Retirement Income Security Act of 1974; Tax Qualification**

As an unfunded plan maintained by the Company primarily for the purpose of providing deferred compensation for a select group of management or highly compensated employees, the Plan is not subject to the participation, vesting, funding, fiduciary responsibility or plan termination insurance provisions of ERISA. The Plan is not qualified under Section 401(a) of the Internal Revenue Code of 1986, as amended (the "Code").

**Relationship of the Company to Fund Administrators**

Each Fund is administered by a third party. The Company has no relation to any such third-party Fund administrator (except that the Company, through a Trust or otherwise, may currently have or may in the future make investments in the Funds).

## FEDERAL INCOME TAX CONSEQUENCES

The following discusses the material federal tax and Social Security considerations that relate to an election to participate in the Plan. It does not cover state tax matters because of the wide differences among the tax laws in the various states. If you need additional information, especially concerning the potential effect that participation in the Plan could have on your alternative minimum tax, you should consult your own tax advisors.

**Recognition of Income or Loss**

Under current federal income tax rules, you may defer income tax on deferred compensation from the time it would have been taxed had no election to defer been made to the date that it is actually received. In particular, you will recognize no income for federal income tax purposes at the time that deferred compensation is deemed to be credited to your Accounts.

You will recognize no income, gain or loss for federal income tax purposes when the balance in your Accounts is increased or decreased to reflect the performance of the hypothetical investment or investments that you select.

You will recognize income for federal income tax purposes upon the receipt of payments from the Plan. The amount of income will be equal to the amount of cash that you receive from the Plan, and will constitute ordinary income, not capital gain.

You will pay federal income tax based on the tax rates in effect for the year in which you receive a payment from the Plan, rather than based on the tax rates in effect for the year in which the compensation is deferred.

Under current law, you will not be entitled to postpone income tax on payments from the Plan by rolling those payments over into an individual retirement account, nor will you be entitled to the benefits of income averaging that may be available for distributions from tax-qualified plans.

The rates of federal income tax may be changed by Congress in the future, and, if they increase, you may pay more federal income tax on amounts deferred under the Plan than you would have paid if those amounts had not been deferred. You should therefore carefully evaluate the after-tax benefits and risks of deferring compensation under the Plan.

**Taxation of Deferrals for Social Security Tax Purposes**

The Federal Insurance Contributions Act ("FICA") imposes two types of taxes - Social Security tax and Medicare tax - on both employers and employees for wages paid to employees. The Social Security tax is a percentage of wages up to the "contribution and benefit base." Once you have paid Social Security tax for a given year on an amount of wages from a particular employer equal to the contribution and benefit base, no further Social

Security tax is payable on that year's wages from that employer. Currently, there is no "contribution and benefit base" for Medicare tax purposes. Thus, all wages paid to you are subject to Medicare tax.

The Code provides that amounts deferred by you under the Plan are treated as wages received for FICA tax purposes at the time the services are rendered, rather than at the time that they are paid. This means that payment and withholding of FICA tax on a deferred amount will occur at the time that the deferred amount would have been paid had you made no deferral election. ***Thus, although the Plan defers the recognition of income for regular federal income tax purposes, it does not do so for FICA purposes.***

Your Plan benefits will not be subject to FICA tax at the time they are paid to you.

**Effect on Social Security Benefits**

Your benefits from contributions under the federal Social Security system will not be reduced by virtue of deferring salary or bonus pursuant to the Plan or by virtue of payments from the Plan. Benefits are not reduced because the deferral is not recognized for FICA tax purposes.

**Federal Income Tax Withholding**

***The Company may withhold any amounts required by law (federal, state or local) to be withheld from payments due under the Plan.*** Under current law, the Company is required to withhold federal income tax from payments under the Plan only when the amounts deferred are actually or constructively received by you.

In the event that the Company does not elect for any reason to withhold amounts necessary to satisfy any applicable tax withholding obligations arising under the Plan, you must pay or provide for the payment of such amounts to the Company.

**Tax Withholding at Time of Deferral**

In the event that you defer compensation in excess of the amount required to be withheld for withholding tax purposes, the Company will withhold from any other payments of your compensation an amount sufficient to provide the required withholding amount or reduce the amount of deferred compensation credited to your Accounts.

**Future Tax Law Changes**

The foregoing discussion is based on current law. Congress may change the relevant tax and Social Security law at any time, and such changes may be retroactive to before the date of enactment. Such changes may have a material effect on your Plan benefits.

## DOCUMENTS INCORPORATED BY REFERENCE

The SEC permits us to "incorporate by reference" information into this Prospectus. This means that we can disclose important information to you by referring you to another document that the Company has filed separately with the SEC. You should consider the information which we have incorporated by reference to be a part of this Prospectus. This Prospectus incorporates by reference the documents listed below that the Company has previously filed with the SEC, except to the extent that the information actually contained in this document supersedes such other information. These documents contain important information about the Company and its finances.

- The Company's Annual Report on Form 10-K for the Company's fiscal year ended December 31, 1997;
- The Company's Quarterly Reports on Forms 10-Q for the quarterly periods ended March 31, 1998, June 30, 1998, and September 30, 1998;



- The Company's Current Report on Form 8-K dated January 12, 1998.

All documents subsequently filed by the Company pursuant to Section 13(a), 13(c), 14, or 15(d) of the Securities Exchange Act of 1934, as amended, before the filing of a post-effective amendment that indicates that all securities offered hereby have been sold or that de-registers all securities then remaining unsold will be deemed to be incorporated by reference into this Prospectus and to be a part hereof from the date of filing of such documents.

If you are eligible to participate in the Plan and you would like a copy of any of the documents listed above, the Company will provide them (without the exhibits, unless the exhibits are also incorporated into this Prospectus) to you at no charge. To request any of those documents or any other information that the Company is required to provide under Securities Act Rule 428(b), you should write or telephone the person indicated below:

Patti Moore
Vice-President – Human Resources
New Century Financial Corporation
18400 Von Karman Avenue, Suite 1000
Irvine, California 92612
Telephone Number (949) 440-7030

## AVAILABLE INFORMATION

The Company files annual, quarterly and special reports, proxy statements and other information with the SEC. You may read and copy any reports, proxy statements, and other information that the Company files at the SEC's public reference rooms in Washington, D.C.; New York, New York; and Chicago, Illinois.

You may also read these reports, proxy statements and other information at the offices of the National Association of Securities Dealers.

The Company's Common Stock is traded on the NASDAQ under the symbol "NCEN."

The Company's SEC filings are also available at the SEC's web site on the Internet at http://www.sec.gov.

## ADDITIONAL INFORMATION

The Company has filed with the SEC a registration statement to register the Deferred Compensation Obligations to be issued under the Plan. As allowed by SEC rules, this Prospectus does not contain all of the information that you can find in the registration statement or exhibits or amendments to the registration statement.

For additional information regarding the Plan, the Deferred Compensation Obligations, and/or whether or not you are eligible to participate in the Plan in any given year, please contact Patti Moore at the address or phone number given above.

## EXHIBITS

In addition to Appendix A to this Prospectus (and any information that is incorporated therein by reference and any supplements to that information), the Plan document is incorporated by reference into this Prospectus as an exhibit. If you need to obtain a copy of the Plan, contact Patti Moore at the address or phone number given above.

Confidential

NCDCP0012208




## APPENDIX A
## SELECTING EARNINGS CREDITING OPTIONS

You may choose to have the amounts credited or to be credited to your Accounts deemed to be invested in one or more of the earnings crediting options offered under the Plan. As of the date of this Prospectus, the earnings crediting options available under the Plan correspond to the following investment funds or portfolios (the "Funds"). The Committee has designated the earnings crediting option corresponding to the Alliance Money Market Fund as the "default" Fund should you not make a deemed investment election for your Accounts.

The Company has not verified the accuracy or completeness of the following information and makes no representations with respect to the ability of any Fund to achieve any particular investment return.

The past performance, investment objectives and investment policies of, and risks associated with, each of the Funds summarized in the following pages is described more fully in the current prospectuses for the Funds. Copies of these prospectuses or of future prospectuses will be available from the Human Resources Department, New Century Financial Corporation, 18400 Von Karman Avenue, Suite 1000, Irvine, California 92612, telephone number (949) 440-7030.