# Exhibit D

Case 07-51598-BLS    Doc 138-6    Filed 03/27/09    Page 2 of 18

2006 ENROLLMENT KIT

# NEW CENTURY
FINANCIAL CORPORATION

# DESTINATIONS

Deferred Compensation Plan



NCDCP0001867

Letter of Introduction — pg 1

Overview/Maximizing Benefits — pg 6
Plan Summary — pg 10
Questions and Answers — pg 16

Range of Investment Options — pg 23
Participant Investment Menu — pg 24
Investment Performance Analysis — pg 26
Model Portfolios — pg 28
Fund Fact Sheets — pg 33

Enrollment Checklist — pg 55

Materials contained herein are provided for informational purposes only. In the event of any discrepancies between the information provided herein and the New Century Financial Corporation Deferred Compensation Plan, the provisions of New Century Financial Corporation Deferred Compensation Plan will govern.

NCFC-RBC-406



Dear Eligible Participant:

In our continuing effort to provide a competitive benefits package to our executives, we are pleased to announce that you are now eligible to participate in the New Century Financial Corporation Deferred Compensation Plan (the "Plan"). The open enrollment period is April 17, 2006 through May 17, 2006.

This valuable tax-advantaged benefit plan provides you with an opportunity to accumulate significant assets for future events, both during your working years and after you retire. Highlights of the plan include:

o The ability to defer up to 80% of base salary and 100% of bonus and/or commissions earned for the remainder of 2006
o A company match equal to 50% of the first 6% of compensation deferred
o Flexible "In-Service" accounts to facilitate savings for specific pre-retirement events like college tuition or a vacation home
o A new "best in class" menu of investment options representing a broad range of well-known asset managers.
o Five "model" portfolios help you automatically diversify your investments
o "Passive" enrollment beginning next year that enables your deferral elections to automatically renew if no changes to your deferral elections are desired

The accompanying comprehensive enrollment kit has been prepared to describe the Plan features, investment information, and deferral elections.

We appreciate your contribution to New Century and are pleased to offer you the ability to participate in the Deferred Compensation Plan. In order to participate for the 2006 plan year, you must enroll by May 17, 2006. You may do so online at www.plandestination.com or by completing the election forms in the back of the enrollment kit. If you have any questions, please contact The Newport Group, our administrative service provider, at 800-230-3950.

Sincerely,

Brad Morrice
Chairman and CEO

NCDCP0001869

pg 2



NCFC-RBC-4/06

NCDCP0001870

pg 3

> **You work hard –** shouldn't the dollars you earn work just as hard? That's why we have created the New Century Financial Corporation Deferred Compensation Plan, a plan that provides you with control, flexibility and opportunity to prepare for your future financial security.

# AS HARD AS YOU DO



NCDCP0001871



NCDCP0001872



NCDCP0001873

pg 6

# Overview / Maximizing Benefits



### Key Features:
- No income tax on deferred amounts or earnings credited to your account until you actually receive distributions
- Daily processing for account transactions including asset allocation changes, rebalances and transfers
- Interactive participant website 24 hours a day, 7 days a week



### The Benefit of Pre-Tax Investing

By deferring your compensation into your deferred compensation account on a pre-tax basis, you are able to invest more than if you had received the compensation currently, paid income taxes, and invested the after-tax amount.

|  | Personal Investment | vs. | Deferred Compensation Plan |
|---|---|---|---|
| Deferred Compensation | $25,000 |  | $25,000 |
| Company Match | 0 |  | $7,500 |
| Current Income Tax @ 40% | (10,000) |  | 0 |
| Net Amount To Invest | $15,000 |  | $32,500 |

- The ability to defer up to 80% of your base salary and 100% of your annual bonus and/or commission payments

- A Company Match equal to 50% of the first 6% of compensation deferred

- Flexible distribution options, including the ability to elect "In-Service" distributions to facilitate saving for specific pre-retirement events like college tuition

- Pre-constructed "model" investment portfolios to assist you in making asset allocation decisions

Our administrative services provider, The Newport Group, is available to discuss the Plan with you and answer any questions you may have. You may contact The Newport Group between the hours of 8:30 a.m. and 8 p.m., ET at 800-230-3950.



NCDCP0001875



## Comparison of Taxable vs. Tax-Deferred Accumulation

Since investment earnings on your account balance are tax-deferred (you only pay income tax when you receive a distribution from your account), the Plan generates more rapid growth than a personal after-tax investment earning the same rate of return. The following chart compares the results of the Deferred Compensation Plan to a personal after-tax investment:

° An executive age 45 defers $25,000 annually into the Plan until retirement, versus investing $25,000 ($15,000 after-tax) into a personal investment.
° A company match equal to 50% of the first 6% of compensation deferred (assumes 10% salary deferral)
° Retirement is assumed to be age 65.
° Annual installment payments at retirement for ten years.
° Personal investment alternative assumes a 30% blended tax rate of capital gains and ordinary income on investment gains.
° Ordinary income tax rate of 40% is assumed on payments from the Plan.

| | Personal Investment Alternative | | Deferred Compensation Plan | |
|---|---|---|---|---|
| | Investment Returns | | Investment Returns | |
| Plan Year | 6% | 8% | 6% | 8% |
| 1 | 15,630 | 15,840 | 34,450 | 35,100 |
| 2 | 31,916 | 32,567 | 70,967 | 73,008 |
| 3 | 48,887 | 50,231 | 109,675 | 113,949 |
| 4 | 66,570 | 68,884 | 150,706 | 158,165 |
| 5 | 84,996 | 88,581 | 194,198 | 205,918 |
| 10 | 189,405 | 204,903 | 454,078 | 508,478 |
| 20 | 475,210 | 558,239 | 1,267,264 | 1,606,245 |
| After-tax Annual Retirement Benefit payable for 10 years: | | | | |
| | $56,789 | $70,470 | $97,461 | $132,988 |

Note: Account values will vary depending upon individual tax rates and actual investment performance.

NCDCP0001876



## Maximizing Benefits

It is important to recognize that the rate of growth of your deferred compensation account will be greater the longer your deferrals are allowed to compound tax deferred. The following chart illustrates the impact on your after-tax benefit based upon various accumulation and payment elections:

Option A: Five-year accumulation period–lump-sum distribution

Option B: Ten-year accumulation period–lump-sum distribution

Option C: Accumulation to retirement–lump-sum distribution

Option D: Accumulation to retirement–ten installment payments

## Comparison of Cumulative Benefits*



- $28,652
- $42,099
- $90,889
- $125,418

*Assumes a 45 year old executive elects a one-time deferral of $25,000 (10% of salary), in addition to the $7,500 match. Realizes an 8% investment return. Distributions assume a personal income tax rate of 40%. Retirement is assumed to be age 65.

NCDCP0001877

# PLAN SUMMARY

The following is a summary of the provisions of the New Century Financial Corporation Deferred Compensation Plan (the "Plan"). You may request a copy of the Plan document from the Plan Administrator.

**Eligibility**
A select group of management and other highly compensated employees of New Century Financial Corporation (the "Company") designated as eligible by the Management Compensation Committee.

**Plan Year**
January 1 - December 31

**Enrollment**
Plan participation requires a participant to complete the following forms:
º Compensation Deferral Agreement
º Consent to Insurance
º Beneficiary Designation



### Deferral Elections

You may defer up to 80% of your base salary and up to 100% of your annual bonus and/or commission payments. Participants may vary the deferral percentage for each type of compensation.

Elections may not be changed or suspended during the plan year. Elections you make this year will automatically renew unless changed during the next enrollment period. Elections made during an open enrollment period will become effective the following January 1.

### Company Contributions

**Company Matching Contributions**

The Company will make a matching contribution of 50% of the first 6% of base salary, bonus and commissions deferred. The match will be credited to your Retirement/Termination account. In order to maximize the match, you must defer at least 6% of each component of your compensation.

The Company match is discretionary and may be modified or eliminated in any future year.

### Vesting

**Participant Deferrals and Related Earnings**
100% Vested

**Company Matching Contributions and Related Earnings**

| Completed years of participation in the Plan | Percent vested |
|---|---|
| Fewer than 1 | 0% |
| At least 1 but fewer than 2 | 20% |
| At least 2 but fewer than 3 | 40% |
| At least 3 but fewer than 4 | 60% |
| At least 4 but fewer than 5 | 80% |
| 5 or more | 100% |
| Retirement, Change in Control, Death | 100% |



NCDCP0001879



## Participant Accounts

The Plan Administrator will maintain bookkeeping accounts to track participant deferrals, company matching contributions and related earnings credited to the participant accounts. Deferrals will be credited to participant accounts on a periodic basis consistent with the payroll cycle. Company matching contributions may be credited to participant accounts at any time during a plan year at the sole discretion of the Company.

Quarterly statements summarizing account balances and activities will be provided to participants during each reporting period. Participant account balances are also available at www.plandestination.com.

## Asset Allocation

The participant may request a change in the asset allocation of an account balance or future deferrals at any time. New allocations are effective on the same business day if the request is submitted prior to 4 p.m. ET. Allocation requests submitted after 4 p.m. ET, or during a weekend or holiday, become effective the following business day. Any unallocated portion of participant account balances will be deemed to be invested in a money market fund.

## Earnings

Participant accounts will be credited with a rate of return (positive or negative) based on the performance of the investment options selected by the participant. The Company will make available a menu of investment options representing a broad range of asset classes. The investment menu will be reviewed at least annually, and investments may be added or deleted at the sole discretion of the Plan Administrator.

## Distributions

Distributions from the Plan shall be made to a participant upon the following occurrences:

### Retirement

Participants who separate from service with the Company after attaining age 65, or age 55 with at least 5 years of service, will receive their Retirement account balance (including In-Service Accounts) based on their Retirement distribution election as follows:
Distribution Commencement:
○ Not later than January 31 of the plan year following Retirement
OR
○ Not later than January 31 of the plan year following the participant's attainment of age 65

Distribution Method:
○ Lump-sum payment.
○ Installment payments up to a maximum of 15 annual payments as elected by the participant; the amount of each installment will equal the balance in the account at each subsequent payment date divided by the number of installments remaining to be paid.
Account balances of less than $10,000 will be distributed in a lump sum.

### Termination of Employment

Participants who separate from service for reasons other than Retirement, Disability or Death will receive their Retirement account in a single lump-sum payment based on their Retirement distribution election as follows:

NCDCP0001880



**Distribution Commencement:**
- Not later than February 28 of the plan year following Termination

OR

- Not later than February 28 of the plan year following the participant's attainment of age 65

Distributions made to specified "key employees" may not be made earlier than six months after separation of service from the Company (Retirement or Termination of Employment). Distributions for other reasons (in-service, death, disability, unforeseeable emergency or change in control) are not subject to the six-month delay.

**In-Service Distributions**
A participant may elect to receive some or all of each year's deferrals and related earnings on a specific date (the "In-Service Distribution Date") prior to retirement or termination. That portion of each year's deferrals so elected will be credited to an In-Service account with a specified distribution date determined by the participant. The date elected must be at least two years from the end of the plan year during which compensation is allocated to the account. A maximum of five (5) In-Service accounts may be established and maintained. In-Service accounts are typically used to save for specific financial needs at a specified date (e.g., college tuition, vacation home, etc.).

Once a participant has designated five (5) In-Service Distribution Dates, he or she cannot designate another In-Service Distribution Date until one of the existing In-Service accounts has been fully distributed.

**Distribution Method:**
- Lump sum
- Annual installments from 2 to 5 years as elected by participant; the amount of each installment will equal the balance in the account at each subsequent payment date divided by the number of installments remaining to be paid.

If termination of employment occurs for any reason except Retirement, Disability or Death, prior to the commencement of an In-Service Distribution, the In-Service account will be distributed based upon the participant's irrevocable Termination of Employment distribution election as follows:

- In a lump sum not later than February 28 of the plan year following Termination of Employment

OR

- On the date such In-Service Distribution would have been distributed (in a lump sum or annual installments)

**Survivor Benefits**
Participants may elect to have their account balances (both Retirement and undistributed In-Service accounts) paid to their designated beneficiaries in a lump sum as soon as practicable following the participant's death or in accordance with their Retirement and/or In-Service Distribution account elections.

If death occurs after the commencement of benefit payments, remaining benefit payments will be paid to the designated beneficiary in the manner and form elected.

NCDCP0001881



### Disability

In the event a participant becomes disabled, the participant's right to make any further deferrals under the Plan shall terminate. Participant accounts (both Retirement and/or In-Service) will continue to be credited with earnings until the accounts are fully distributed. The disabled participant's Retirement and In-Service accounts will be distributed as elected without regard to the fact that the participant became disabled.

### Financial Hardship

In the event of an unforeseen financial emergency beyond the participant's control resulting from an illness or accident to the participant, the participant's spouse or dependents, or a loss of property due to casualty or other reasons specified by the Internal Revenue Service, a participant may request a withdrawal from a vested account up to the amount necessary to satisfy the hardship (provided that the participant does not have other resources to meet the hardship). Such requests must be approved by the Plan Administrator.

### Modifying Elections

A modification to a participant's payment elections under the Plan may be made upon the following occurrences:

### In-Service Distributions

Participants may modify each In-Service Distribution Date by extending it by at least five years (the In-Service Distribution Date may not be accelerated). The election must be filed with the Plan Administrator at least 12 months prior to the In-Service Distribution Date.

### Payment Schedules

A participant may modify the distribution schedule for a Retirement distribution or In-Service distribution from lump sum to annual installments or from installments to lump sum; however, a modification to the form of payment requires that the payment(s) commence at least 5 years after the previously elected distribution date. The modification election must be filed with the Plan Administrator at least 12 months prior to termination of employment.

### Effect on Other Benefits

Deferrals under this Plan may reduce participant compensation as it relates to the Company's 401(k) Plan, which could reduce the company matching contribution to a participant's 401(k) Plan account. In order to compensate for such reductions, the Company has the discretion to make company contributions to this Plan.

Employee payroll withholdings for the cost of group life, health coverages, etc. will not be affected by deferrals made under the Plan.

### Tax Consequences and Withholding

Under current Federal law, participant accounts are not subject to Federal income tax (or income tax withholding) until distributed to the participant. Deferrals are subject to FICA (Social Security and Medicare) withholding at the time of deferral. Distributions from the Plan are subject to Federal income tax withholding, but are not subject to FICA withholding. Distributions may also be subject to state income taxes based on the participant's state of residence.

### Beneficiary Designation

Participants may designate one or more beneficiaries to receive benefits paid at a participant's death. Participants may change their beneficiary designation(s) at any time by completing the proper change form. Forms are available from the Plan Administrator.

NCDCP0001882



### Rabbi Trust

New Century Financial Corporation has established an irrevocable trust (known as a Rabbi Trust), which enables the Company to transfer assets into the trust and hold such assets separate from other general corporate assets for the purpose of paying participant benefit obligations. In order for the Plan to qualify for important exemptions under the Employee Retirement Income Security Act ("ERISA") and to maintain the tax-deferred status of participant accounts, assets held in the Rabbi Trust remain available to the general creditors of New Century Financial Corporation.

To maintain the tax benefits of the Plan, participants do not have an ownership interest in the investment options, the Rabbi Trust assets or in any other specific assets of New Century Financial Corporation.

### Claims

The Plan contains a claims procedure, which is described in detail in the Plan document. You may obtain a copy of the Plan document from the Plan Administrator.

### Plan Administration

The Plan is administered by the Deferred Compensation Plan Administrative Committee, which has the right to interpret the Plan and all other matters that might arise under the terms of the Plan. The Company reserves the unilateral right to amend, partially or completely terminate the Plan. A copy of the Plan document is available at your request from the Plan Administrator. Retirement Capital Group and The Newport Group will assist the Company in the enrollment, recordkeeping and administration of the Plan.

NCDCP0001883