# QUESTIONS & ANSWERS

### 1. Who is eligible for the Plan?

A select group of management and other highly compensated employees of New Century Financial Corporation (the "Company") designated as eligible by the Management Compensation Committee.

### 2. How do I enroll in the Plan?

During the open enrollment period, you may enroll either online by accessing the website at www.plandestination.com, or by completing the enrollment forms included in your enrollment kit and transmitting those to The Newport Group via fax at 407-833-9769.

### 3. How much can I defer into the Plan?

You may defer up to 80% of your base salary and 100% of your annual bonus and/or commission payments. Deferral amounts may be adjusted as necessary to accommodate FICA withholding and payroll deductions for other employee benefit plans. Please refer to the Compensation Deferral Agreement (online at www.plandestination.com or in your enrollment kit) for more information.

### 4. Does the Company provide a match on deferrals in the Plan?

Yes. The Company will make a matching contribution equal to 50% of the first 6% of base salary, bonus and commissions that you defer. To qualify for the maximum company match, you must defer at least 6% of each form of compensation. The Company match is discretionary and may be modified or eliminated in any future year.

### 5. Is there a vesting schedule associated with Company contributions?

Yes. Company contributions vest as follows:

NCDCP0001884





## Company Matching Contributions and Related Earnings

| Completed years of participation in the Plan | Percent vested |
|---|---|
| Fewer than 1 | 0% |
| At least 1 but fewer than 2 | 20% |
| At least 2 but fewer than 3 | 40% |
| At least 3 but fewer than 4 | 60% |
| At least 4 but fewer than 5 | 80% |
| 5 or more | 100% |
| Retirement, Change in Control, Death | 100% |

### 6. Am I subject to tax on compensation that is deferred or earnings on my Executive Deferred Compensation Plan account balance?

The Plan is designed so that your deferral and account earnings will not be subject to Federal or State income taxes on the amount you defer until you receive payments from the Plan. The earnings on your account balance are also not taxable to you as those accumulate. Participant deferrals are subject to FICA (Social Security and Medicare) withholding at the time deferrals are made.

### 7. Are my deferrals subject to employer withholding/ deduction obligations other than FICA?

Yes. Deferrals may be subject to other payroll withholding/ deduction obligations of the employer (e.g., employee cost of benefits). Therefore, your deferrals under this Plan may be reduced as necessary to allow for such withholdings/deductions.

### 8. Can I change the amount of my deferral elections?

Yes. You may make new deferral elections during each annual enrollment period. Those deferral elections will take effect January 1 following the enrollment. Please note, however, that elections may not be changed or suspended during the plan year. Elections you make this year will automatically renew unless changed during the next enrollment period.

### 9. How will deferrals and earnings be credited to my account?

Your deferrals will be credited to your account immediately following your payroll cycle for base salary and when the compensation would have otherwise been paid for bonus and/or commissions. Your account balance will be valued at any point in time based on the performance of investment options that you selected.

### 10. What are my investment options?

An extensive menu of money managers has been



NCDCP0001885



constructed from which you may choose to allocate your accounts. Please refer to the "fund fact sheets" online at www.plandestination.com or enclosed in this enrollment kit for more comprehensive information regarding the investment choices. Newport Group Securities, Inc. (a registered investment advisor) has been selected to assist the Company with developing a "best of class" menu of investment alternatives and asset managers covering a broad range of asset classes and styles.

### 11. How often can I change my investment elections?

You may submit a request to change your investment elections at any time by accessing the participant website at www.plandestination.com. Your request will become effective on the same trading day if the change is submitted prior to 4 p.m. ET, or on the next trading day if submitted after 4 p.m. ET or during a weekend or holiday. Requests not submitted through the website will become effective as soon as administratively practicable.

### 12. What are "model" portfolios?

In order to facilitate your asset allocation decision process from among the various investment-crediting options, the Plan offers five (5) specific portfolio allocations with investment styles ranging from conservative to aggressive. You may elect to utilize one of these managed portfolios, or construct a portfolio of your choice. Please refer to the participant website at www.plandestination.com or to the information contained in this enrollment kit for more comprehensive information regarding model portfolios.

### 13. When are benefits paid under the Plan?
**Retirement:**
If you separate from service with the Company after attaining age 65, or age 55 with at least 5 years of service, you will receive your account balance in accordance with your Retirement distribution election (see Question 15 below).

Distributions to specified "key employees" may not be made earlier than six months after separation of service from the Company. Distributions for other reasons (in-service, death, disability, unforeseeable emergency or change in control) are not subject to the six-month delay.

**Termination of Employment:**
Participants who separate from service for reasons other than Retirement, Disability or Death will receive their Retirement account in a single lump-sum payment based on their Termination distribution election (see Question 15 below).

Distributions to specified "key employees" may not be made earlier than six months after separation of service from the Company. Distributions for other reasons (in-service, death, disability, unforeseeable emergency or change in control) are not subject to the six-month delay.

**In Service Distributions:**
If you have elected to receive In-Service Distributions (e.g. for college funding or other financial needs), you will receive those payments no later than January 31 of the plan year elected.

**Financial Hardship:**
In the event of an unexpected and severe financial hardship beyond your control, due to illness or accident affecting you, your spouse or dependents, or a loss of property due to casualty, you may apply to the Plan Administrator for a distribution from your account to meet your financial needs. You must not be able to meet the need from alternative sources and the distribution will be limited to an amount necessary to meet the need. You will receive your distribution as

soon as administratively practicable following approval of your requests.

**Death:**
In the event of your death, your beneficiary(ies) is entitled to receive your total account balances. You may elect to have such distributions made in a lump sum or in accordance with your Retirement and/or In-Service distribution election (see below).

### 14. How will payments be made under the Plan?
You specify the form of payment and benefit commencement for each of the following distribution events:

**Retirement**
Benefit Commencement
○ Payable in the plan year following Retirement; or
○ Payable in the plan year following attainment of age 65
Distribution Method
○ Lump sum; or
○ Annual installment payments from 2 to 15 years

**Termination of Employment - Retirement Account**
Benefit Commencement
○ Payable in the plan year following Termination; or
○ Payable in the plan year following attainment of age 65
Distribution Method
○ Lump sum only



### In-Service Distribution Account(s)
**Benefit Commencement**
- Payable in the plan year elected

**Distribution Method**
- Lump sum; or
- Annual installments from 2 to 5 years

### Termination of Employment – In-Service Account(s)
**Benefit Commencement/ Distribution Method**
- Payable in a lump sum in the plan year following Termination; or
- Payable in the plan year elected and in the form elected (lump sum or up to 5 annual installments)
- following attainment of age 65

### Survivor Benefits
**Benefit Commencement/ Distribution Method**
- Entire account balance (Retirement and In-Service) payable in a lump sum as soon as practicable following my death; or
- Payable in accordance with my Retirement and In-Service distribution election (see above).

### 15. How can I modify my distribution method elections?
You may modify a payment election from lump sum to installments or installments to lump sum by filing a new payment election with the Plan Administrator at least 12 months prior to a scheduled payment date. However, a modification will require that the new payment(s) commence at least five years after the date of your previous election.

### 16. How are benefit payments taxed?
For Federal income tax purposes, all Plan distributions are taxed as ordinary income in the year received and are subject to income tax withholding at the tax rate applicable in the year of receipt. Distributions from the Plan may also be subject to state income taxes based upon the participant's state of residence.

### 17. Who can I name as beneficiary?
Under the Plan, you can name any individual or entity you wish to be your beneficiary.
If you do not designate a beneficiary, the full value of your deferral account(s) will be paid to your estate.

### 18. What is a Rabbi Trust and why does New Century Financial Corporation use one?
A Rabbi Trust is a trust that has been established by the Company to hold assets, separate from the other Company assets, for purposes of paying future participant benefit obligations. However, in order for the Plan and the participant accounts to maintain the tax deferred status, the assets of the Rabbi Trust are available to general creditors of the Company in the event of the Company's insolvency.

### 19. Why does the Company purchase life insurance on the Plan participants?
Investment income on assets held in the Rabbi Trust is subject to corporate income tax. Therefore, Trust assets do not accumulate as efficiently as do participant account balances, which are not subject to income tax. However, when assets are held by an insurance company, the corporate tax on investment gains is deferred and potentially eliminated. Therefore, to eliminate the income tax to the Company on investment earnings inside the Trust, insurance will be purchased on each participant, subject to each participant's consent. The insurance contracts are owned by and payable to the Rabbi Trust. To assist the Company in reducing the tax cost of the New Century Financial Corporation Deferred Compensation Plan, each participant is asked to execute the enclosed consent form.

### 20. When will I receive account information?
You will receive a quarterly statement of your account balance and related activity for the reporting period. You can also obtain account information at any time by accessing the participant website at www.plandestination.com.

### 21. Where can I obtain more information and/or materials relating to the Plan or Administration?
You may call a Newport Customer Service Representative at 800-230-3950. Plan documents are also available on www.plandestination.com.

*The questions and answers are intended as general information, which is subject to change. It is not to be considered as tax or legal advice. Participants are advised to consult their own advisors.*

NCDCP0001887



NCDCP0001888



INVESTMENT
OPTIONS

NCDCP0001889



NCDCP0001890

# RANGE OF INVESTMENT OPTIONS



AllianceBernstein VPS Small/Mid Cap Value Portfolio

Baron Capital Asset

Delaware VIP Small Cap Value

American Funds IS Growth

Scudder VIT Small Cap Index

Scudder VIT Equity 500 Index

Lincoln VIP International

AllianceBernstein VPS Growth & Income Portfolio

American Funds IS International

American Funds IS High Income Bond

Delaware VIP Emerging Markets

Delaware VIP Diversified Income

Delaware VIP REIT

American Century VP Inflation Protection

MFS Utilities

Lincoln VIP Money Market

AllianceBernstein Global Technology Portfolio

NCDCP0001891

# PARTICIPANT INVESTMENT MENU

The following charts will describe the asset managers available on your menu, their investment objectives and their historical performance.

| Fund | Asset Class | Investment Policy |
|------|-------------|-------------------|
| Lincoln VIP Money Market | Cash | The fund seeks maximum current income consistent with the preservation of capital. The fund invests in short-term obligations issued by U.S. corporations; the U.S. Government; and federally-chartered banks and U.S. branches of foreign banks. |
| American Century VP Inflation Protection | Inflation Linked Bond | The fund seeks long-term total return using a strategy that seeks to protect against U.S. inflation. To help protect against U.S. inflation, under normal conditions the fund will invest over 50% of its assets in inflation-adjusted debt securities. |
| Delaware VIP Diversified Income | Intermediate Term Bond | The fund seeks high current income and total return by investing primarily in international bonds, high yield, and investment-grade debt. |
| American Funds IS High Income Bond | High Yield Bond | The fund seeks a high level of current income and capital appreciation by investing at least 65% of its assets in high yielding, lower quality debt securities. |
| AllianceBernstein VPS Growth & Income Portfolio | Large Value | The portfolio seeks to balance the objectives of reasonable current income and reasonable opportunities for appreciation through investments primarily in dividend-paying common stocks of good quality. |
| Scudder VIT Equity 500 Index | Market Index | The fund seeks to replicate as closely as possible (before deduction of expenses) the total return of the Standard & Poor's 500 Composite Stock Price Index, an index emphasizing large capitalization stocks. |
| American Funds IS Growth | Large Growth | The fund seeks long-term growth of capital by investing in a diversified portfolio of common stocks. |
| AllianceBernstein VPS Small/Mid Cap Value Portfolio | Mid Value | The portfolio seeks long-term growth of capital. To achieve its objective, the portfolio invests primarily in a diversified portfolio of equity securities of companies with relatively small market capitalizations. The portfolio will normally invest at least 65% of its total assets in these types of securities. |

NCDCP0001892

| Fund | Asset Class | Investment Policy |
|------|-------------|-------------------|
| Baron Capital Asset | Mid Growth | The fund seeks capital appreciation through investments in securities of small and medium sized companies with undervalued assets or favorable growth prospects. |
| Delaware VIP Small Cap Value | Small Value | The fund seeks capital appreciation by investing in small-capital common stock whose market value appears low relative to their underlying value or future earnings and growth potential. |
| Scudder VIT Small Cap Index | Small Blend | The fund seeks to replicate as closely as possible (before deduction of expenses) the total return of the Russell 2000 Small Stock Index, an index consisting of 2,000 small-capitalization common stocks. |
| Lincoln VIP International | International Value | The fund seeks long-term capital appreciation by investing primarily in the equity securities of non-U.S. companies. |
| American Funds IS International | International Growth | The fund seeks long-term growth of capital by investing primarily in securities of issuers domiciled outside the U.S. |
| Delaware VIP Emerging Markets | Emerging Markets | The fund seeks long-term capital appreciation by investing primarily in equity securities of issuers located or operating in emerging countries. |
| Delaware VIP REIT | Specialty - Real Estate | The fund seeks long-term total return by focusing on real estate investment trusts. Capital appreciation is a secondary objective. |
| MFS Utilities | Specialty - Utility | The fund seeks capital growth and current income by investing at least 65% of portfolio assets, under normal market conditions, in equity and debt securities issued by domestic and foreign utility companies. |
| AllianceBernstein Global Technology Portfolio | Specialty - Technology | The portfolio seeks growth of capital through investment in companies expected to benefit from advances in technology. |



NCDCP0001893

pg 26

# INVESTMENT PERFORMANCE ANALYSIS

**New Century Financial Corporation**

As of 12/31/05

| Category/Fund/Index | 3 Month | 1 Year | Annualized Return | | |
| --- | --- | --- | --- | --- | --- |
| | | | 3 Years | 5 Years | 10 Years |
| **CASH** | | | | | |
| Lincoln VIP Money Market | 0.90% | 2.79% | 1.50% | 2.02% | 3.63% |
| *3 Month T-Bill Index* | *0.92%* | *3.07%* | *1.82%* | *2.11%* | *3.63%* |
| **INFLATION LINKED BOND** | | | | | |
| American Century VP Inflation Protection | -0.08% | 1.56% | 4.31% | N/A | N/A |
| *Merrill Lynch U.S. Treasuries Inflation-Linked Index* | *0.14%* | *2.80%* | *6.51%* | *8.83%* | *N/A* |
| **INTERMEDIATE TERM BOND** | | | | | |
| Delaware VIP Diversified Income | -0.22% | -0.45% | N/A | N/A | N/A |
| *Lehman Aggregate Bond Index* | *0.59%* | *2.43%* | *3.62%* | *5.87%* | *6.16%* |
| **HIGH YIELD BOND** | | | | | |
| American Funds IS High Income Bond | 0.90% | 2.20% | 13.20% | 8.94% | N/A |
| *ML U.S. High Yield Master II* | *0.66%* | *2.74%* | *13.44%* | *8.39%* | *6.56%* |
| **LARGE VALUE** | | | | | |
| AllianceBernstein VPS Growth & Income Portfolio | 2.89% | 4.77% | 15.66% | 3.89% | 11.49% |
| *Russell 1000 Value Index* | *1.27%* | *7.05%* | *17.49%* | *5.28%* | *10.94%* |
| **MARKET INDEX** | | | | | |
| Scudder VIT Equity 500 Index | 2.02% | 4.68% | 14.05% | 0.24% | N/A |
| *S&P 500 Index* | *2.09%* | *4.91%* | *14.39%* | *0.54%* | *9.07%* |
| **LARGE GROWTH** | | | | | |
| American Funds IS Growth | 5.74% | 16.19% | 21.38% | 2.03% | N/A |
| *Russell 1000 Growth Index* | *2.98%* | *5.27%* | *13.23%* | *-3.58%* | *6.73%* |
| **MID VALUE** | | | | | |
| AllianceBernstein VPS Small/Mid Cap Value Portfolio | 2.03% | 6.91% | 21.68% | N/A | N/A |
| *Russell Midcap Value Index* | *1.34%* | *12.65%* | *24.38%* | *12.21%* | *13.65%* |
| **MID GROWTH** | | | | | |
| Baron Capital Asset | 4.48% | 3.36% | 19.08% | 10.23% | N/A |
| *Russell Midcap Growth Index* | *3.44%* | *12.10%* | *22.70%* | *1.38%* | *9.27%* |



## As of 12/31/05

| Category/Fund/Index | 3 Month | 1 Year | Annualized Return 3 Years | Annualized Return 5 Years | Annualized Return 10 Years |
|---|---|---|---|---|---|
| **SMALL VALUE** | | | | | |
| Delaware VIP Small Cap Value | 1.78% | 9.42% | 23.58% | 14.78% | 13.26% |
| *Russell 2000 Value Index* | *0.66%* | *4.71%* | *23.18%* | *13.55%* | *13.08%* |
| **SMALL BLEND** | | | | | |
| Scudder VIT Small Cap Index | 1.12% | 4.26% | 21.59% | 7.82% | N/A |
| *Russell 2000 Index* | *1.14%* | *4.55%* | *22.13%* | *8.22%* | *9.26%* |
| **INTERNATIONAL VALUE** | | | | | |
| Lincoln VIP International | 2.51% | 12.54% | 24.45% | 9.14% | 9.29% |
| *MSCI EAFE Value Index* | *3.82%* | *13.80%* | *27.15%* | *7.09%* | *8.21%* |
| **INTERNATIONAL GROWTH** | | | | | |
| American Funds IS International | 7.97% | 21.50% | 25.04% | 5.93% | N/A |
| *MSCI EAFE Growth Index* | *4.34%* | *13.28%* | *20.19%* | *1.92%* | *3.33%* |
| **EMERGING MARKETS** | | | | | |
| Delaware VIP Emerging Markets | 3.00% | 27.49% | 42.64% | 26.30% | N/A |
| *MSCI EMF Emerging Markets Index* | *7.18%* | *34.00%* | *37.88%* | *19.09%* | *N/A* |
| **SPECIALTY - REAL ESTATE** | | | | | |
| Delaware VIP REIT | 0.54% | 7.17% | 23.57% | 16.50% | N/A |
| *Wilshire REIT Index* | *2.50%* | *14.00%* | *27.38%* | *19.19%* | *15.45%* |
| **SPECIALTY - UTILITY** | | | | | |
| MFS Utilities | -1.95% | 17.29% | 27.72% | 3.72% | 12.22% |
| *Dow Jones World Utilities Index* | *-1.81%* | *14.73%* | *24.48%* | *6.20%* | *7.71%* |
| **SPECIALTY - TECHNOLOGY** | | | | | |
| AllianceBernstein Global Technology Portfolio | 4.48% | 3.86% | 16.42% | -7.21% | N/A |
| *Dow Jones World Technology Index* | *4.61%* | *6.33%* | *18.47%* | *-7.00%* | *7.59%* |

*Investment return and value of shares fluctuate and past performance is not a guarantee of future results. Your account balance and the returns on your account are based on the investment options you have selected. To maintain the tax benefits of the Plan, your accounts are an obligation of the sponsoring corporation to you and do not represent a direct ownership in the investment options, Rabbi Trust, or other assets of the Plan sponsor.*



NCDCP0001895

# MODEL PORTFOLIOS

Participants are faced with the often challenging question of how to divide their accounts among the investment choices offered. To assist Plan participants with these decisions, Newport offers suggested pre-constructed allocation strategies for the options available within your Plan.

The following is a review of the suggested allocations' composition and their objectives. Whether you select one of these strategies, or you decide to construct your own allocation strategy, this information should help you in choosing your investment strategy.

Authoritative academic studies demonstrate that approximately 90% of a portfolio's performance is attributable to the decision of asset allocation, i.e., the weighting of stocks, bonds and cash within your portfolio. Thus, it is important to recognize that there are significant differences in these asset classes and how they behave with regard to risk and return.



Income-oriented portfolios with a large percentage of bonds should not have as much short-term market fluctuation as stocks, but generally do not provide the relative growth opportunity. While growth portfolios, primarily made up of stocks, offer higher expected returns over the long-term and protection against inflation, such portfolios have greater short-term market fluctuation or volatility.

The trade-off between risk and return is the one constant reality in the investment process. The following graph will illustrate this risk return trade-off.







We have constructed five allocation strategies that span the risk profile – Conservative to Aggressive. Each model will provide the percentage allocation for each investment strategy and a brief description of the investment objective.

## Portfolio Allocation – Conservative

| Asset Allocation | % |
|---|---|
| Cash | 17 |
| Bonds | 66 |
| Stocks | 17 |

| Style Allocation | % |
|---|---|
| ⬦ Cash | 17 |
| ✳ Bonds | 66 |
| ✳ Large Company | 8 |
| ⬦ Mid Company | 3 |
| ✳ Small Company | 1 |
| ✳ International | 5 |

| Fund Allocation | % |
|---|---|
| Lincoln VIP Money Market | 17 |
| American Century VP Inflation Protection | 33 |
| Delaware VIP Diversified Income | 33 |
| AllianceBernstein VPS Growth & Income Portfolio | 2 |
| Scudder VIT Equity 500 Index | 4 |
| American Funds IS Growth | 2 |
| AllianceBernstein VPS Small/Mid Cap Value Portfolio | 2 |
| Baron Capital Asset | 1 |
| Delaware VIP Small Cap Value | 1 |
| Scudder VIT Small Cap Index | 0 |
| Lincoln VIP International | 3 |
| American Funds IS International | 2 |

The conservative portfolio is constructed to provide higher expected returns than a money market fund while only taking 10% to 30% of the risk (volatility) associated with stocks. Short-term losses of principal due to market fluctuation are rare and minimal.





## Portfolio Allocation-Moderate/Conservative

| Asset Allocation | % |
|---|---|
| Cash | 12 |
| Bonds | 46 |
| Stocks | 42 |

| Style Allocation | % |
|---|---|
| Cash | 12 |
| Bonds | 46 |
| Large Company | 20 |
| Mid Company | 9 |
| Small Company | 2 |
| International | 11 |

| Fund Allocation | % |
|---|---|
| Lincoln VIP Money Market | 12 |
| American Century VP Inflation Protection | 23 |
| Delaware VIP Diversified Income | 23 |
| AllianceBernstein VPS Growth & Income Portfolio | 6 |
| Scudder VIT Equity 500 Index | 10 |
| American Funds IS Growth | 4 |
| AllianceBernstein VPS Small/Mid Cap Value Portfolio | 6 |
| Baron Capital Asset | 3 |
| Delaware VIP Small Cap Value | 2 |
| Scudder VIT Small Cap Index | 0 |
| Lincoln VIP International | 6 |
| American Funds IS International | 5 |

The moderate/conservative portfolio is designed to provide modest expected portfolio growth while taking only 30% to 50% of the short-term risk associated with stocks. Short-term losses of principal due to market fluctuations are possible. This portfolio is suitable for an investor seeking modest capital appreciation over a 3-5 year time horizon.

## Portfolio Allocation-Moderate

| Asset Allocation | % |
|---|---|
| Cash | 8 |
| Bonds | 30 |
| Stocks | 62 |

| Style Allocation | % |
|---|---|
| Cash | 8 |
| Bonds | 30 |
| Large Company | 30 |
| Mid Company | 12 |
| Small Company | 3 |
| International | 17 |

| Fund Allocation | % |
|---|---|
| Lincoln VIP Money Market | 8 |
| American Century VP Inflation Protection | 15 |
| Delaware VIP Diversified Income | 15 |
| AllianceBernstein VPS Growth & Income Portfolio | 9 |
| Scudder VIT Equity 500 Index | 15 |
| American Funds IS Growth | 6 |
| AllianceBernstein VPS Small/Mid Cap Value Portfolio | 8 |
| Baron Capital Asset | 4 |
| Delaware VIP Small Cap Value | 2 |
| Scudder VIT Small Cap Index | 1 |
| Lincoln VIP International | 9 |
| American Funds IS International | 8 |

The moderate portfolio is managed to provide expected capital appreciation over a market cycle. This portfolio will take 50% to 70% of the risk associated with the stock market. Short-term losses of principal are expected from time to time. This portfolio is ideally suited for an investor with 5 years or more to invest and who is willing to take a moderate amount of short-term risk to do so. This portfolio can be described as the typical "balanced" portfolio.



pg 32





## Portfolio Allocation-Moderate/Aggressive

| Asset Allocation | % |
|---|---|
| Cash | 4 |
| Bonds | 16 |
| Stocks | 80 |

| Style Allocation | % |
|---|---|
| ✳ Cash | 4 |
| ✳ Bonds | 16 |
| ✳ Large Company | 38 |
| ✳ Mid Company | 16 |
| ✳ Small Company | 4 |
| ✳ International | 22 |

| Fund Allocation | % |
|---|---|
| Lincoln VIP Money Market | 4 |
| American Century VP Inflation Protection | 8 |
| Delaware VIP Diversified Income | 8 |
| AllianceBernstein VPS Growth & Income Portfolio | 11 |
| Scudder VIT Equity 500 Index | 19 |
| American Funds IS Growth | 8 |
| AllianceBernstein VPS Small/Mid Cap Value Portfolio | 11 |
| Baron Capital Asset | 5 |
| Delaware VIP Small Cap Value | 3 |
| Scudder VIT Small Cap Index | 1 |
| Lincoln VIP International | 12 |
| American Funds IS International | 10 |

The moderate/aggressive portfolio is managed to be a diversified stock portfolio that includes a fixed income component to reduce volatility. The portfolio will take 70% to 90% of the risk associated with the stock market. Short-term losses of principal are expected and, on occasion, such losses can take a few years or more to recoup. Investors should be committed to a long-term strategy (10 years or more) of growing assets with little or no need for current income.

## Portfolio Allocation-Aggressive

| Asset Allocation | % |
|---|---|
| Cash | 0 |
| Bonds | 0 |
| Stocks | 100 |

| Style Allocation | % |
|---|---|
| ✧ Cash | 0 |
| ✳ Bonds | 0 |
| ✳ Large Company | 48 |
| ✧ Mid Company | 19 |
| ✳ Small Company | 5 |
| ✳ International | 28 |

| Fund Allocation | % |
|---|---|
| Lincoln VIP Money Market | 0 |
| American Century VP Inflation Protection | 0 |
| Delaware VIP Diversified Income | 0 |
| AllianceBernstein VPS Growth & Income Portfolio | 14 |
| Scudder VIT Equity 500 Index | 24 |
| American Funds IS Growth | 10 |
| AllianceBernstein VPS Small/Mid Cap Value Portfolio | 13 |
| Baron Capital Asset | 6 |
| Delaware VIP Small Cap Value | 4 |
| Scudder VIT Small Cap Index | 1 |
| Lincoln VIP International | 15 |
| American Funds IS International | 13 |

Over the long-term, the aggressive portfolio is intended to provide for the maximum expected long-term growth of capital. This portfolio will take 100% of the risk (volatility) of the stock market. Short-term losses are expected and can be significant, requiring years to recoup in adverse market conditions. This portfolio is appropriate for investors with very long time horizons, or those with significant liquid assets outside this Plan.



NCDCP0001900

# THE NEWPORT GROUP

# Lincoln VIP Money Market

Data updated as of 12/31/05

## Fund Overview

| | | | |
|---|---|---|---|
| Inception Date | 12/21/81 | Yield - 12 Months (%) | 2.75 |
| Total Net Assets ($M) | 329.3 | Management Company | |
| Total Expense Ratio (With 12b-1) | 0.53 | DELAWARE MANAGEMENT COMPANY | |

One Commerce Square 2005 Market Street
Philadelphia PA 19103-3682

## Lipper Fund Performance Analysis

12/31/05

| | Cumulative (%) | | | | | Annualized (%) | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 Month | 3 Month | Quarter to Date | Year to Date | 1 Year | 3 Year | 5 Year | 10 Year | Since Incep. |
| Total Return Performance | 0.32 | 0.90 | 0.90 | 2.79 | 2.79 | 1.50 | 2.02 | 3.63 | 5.64 |
| Quintile Rank | -- | -- | -- | 2 | 2 | 2 | 1 | 2 | -- |
| Numeric Rank | -- | -- | -- | 37 | 37 | 27 | 15 | 21 | -- |
| Classification Count | -- | -- | -- | 113 | 113 | 105 | 95 | 74 | -- |
| Broad Based IX CD Rate 1 Month Index Tr | 0.26 | 1.03 | 1.03 | 3.38 | 3.38 | 1.99 | 2.32 | 4.01 | -- |

## Risk Analysis (3 Year)

12/31/05

These statistics are measured against the Fund's broad based index: CD Rate 1 Month Index Tr

**Alpha** 0.13
Alpha measures a manager's contribution to performance due to security selection or market timing relative to the broad based index.

**Beta** 0.00
Beta measures a portfolio's sensitivity to market movements in the broad based index.

**R-Squared** 0.01
R-squared is a measure that indicates the extent to which fluctuations in portfolio returns are correlated with those of the broad based index.

**Standard Deviation** 0.29
Standard deviation is a measure of risk that gauges the variability of actual returns from their expected values and the dispersion of these variations over time.

| | 2003 | | | | 2004 | | | | 2005 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fund | | | | | | | ⋕ 0.13 01/30/04 | | | | | ↑ 9.63 11/30/05 |
| Lipper VGF Mny Mkt IX | | | ⋕ 0.05 09/30/03 | | | | | | | | | ↑ 9.65 11/30/05 |
| | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 |

↑ Best 3 Month Performance Over 3 Years      ⋕ Worst 3 Month Performance Over 3 Years

## Fund Full Name

Lincoln Variable Insurance Products Trust: Money Market Fund, Standard Class Shares

## Lipper Classification

Money Market Funds

## Investment Policy

The Fund seeks maximum current income consistent with the preservation of capital. The Fund invests in short-term obligations issued by U.S. corporations; the U.S. Government, and federally-chartered banks and U.S. branches of foreign banks.

## Asset Allocation

Data Not Available

## Top Security Types

| Holding Name | Percent of TNA |
|---|---|

Data Not Available

Percent of Assets in Top Security Type(s)

## Quality Analysis

| Credit Quality Ratings | Percent of TNA |
|---|---|

Data Not Available

**Fund fact sheet not valid without Disclaimer Page.** Investment return and value of shares fluctuate and past performance is not a guarantee of future results. Your account balance and the returns on your account are based on the investment options you have selected. To maintain the tax benefits of the Plan, your accounts are an obligation of the sponsoring corporation to you and do not represent a direct ownership in the investment options, Rabbi Trust, or other assets of the Plan sponsor. Date of first use: 01/23/06

Lipper, A Reuters Company. Copyright 2005 Reuters. All rights reserved. Any copying, republication or redistribution of Lipper content is expressly prohibited, without the prior written consent of Lipper.



# THE NEWPORT GROUP

# American Century VP Inflation Protection

Data updated as of 12/31/05

## Fund Overview

| | | |
|---|---|---|
| Inception Date | 12/31/02 | Yield - 12 Months (%) | 4.35 |
| Total Net Assets ($M) | 398.2 | Management Company |
| Total Expense Ratio (With 12b-1) | 0.74 | AMERICAN CENTURY INVESTMENT MGMT INC |
| | | 4500 Main Street |
| | | Kansas City MO 64111 |

## Lipper Fund Performance Analysis

12/31/05

| | Cumulative (%) | | | | Annualized (%) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 Month | 3 Month | Quarter to Date | Year to Date | 1 Year | 3 Year | 5 Year | 10 Year | Since Incep. |
| Total Return Performance | 0.89 | -0.09 | -0.08 | 1.56 | 1.56 | 4.31 | -- | -- | 4.31 |
| Quintile Rank | | -- | | -- | 4 | 1 | -- | -- | -- |
| Numeric Rank | | | | | 43 | 8 | -- | -- | -- |
| Classification Count | | -- | | -- | 59 | 43 | -- | -- | -- |
| Broad Based IX Lehman Aggregate Bd Tr | 0.95 | 0.59 | 0.59 | 2.43 | 2.43 | 3.62 | 5.87 | 6.16 | -- |

## Risk Analysis (3 Year)

12/31/05

These statistics are measured against the Fund's broad based index: Lehman Aggregate Bd Tr

**Alpha**  0.39
Alpha measures a manager's contribution to performance due to security selection or market timing relative to the broad based index.

**Beta**  -0.03
Beta measures a portfolio's sensitivity to market movements in the broad based index.

**R-Squared**  0.00
R-squared is a measure that indicates the extent to which fluctuations in portfolio returns are correlated with those of the broad based index.

**Standard Deviation**  5.17
Standard deviation is a measure of risk that gauges the variability of actual returns from their expected values and the dispersion of these variations over time.

| | 2003 | | | | 2004 | | | | 2005 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fund | | | # - 3.24 08/31/03 | | | * 2.90 02/29/04 | | | | | | |
| Lipper VBF Gen US Fxt IX | | | # - 3.31 08/31/03 | | | | * 2.54 08/31/04 | | | | | |
| | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 |

\* Best 3 Month Performance Over 3 Years    # Worst 3 Month Performance Over 3 Years

## Fund Full Name

American Century Variable Portfolios II, Inc. VP Inflation Protection Fund: Class II Shares

## Lipper Classification

General U.S. Government Fds

## Investment Policy

The Fund seeks long-term total return using a strategy that seeks to protect against U.S. inflation. To help protect against U.S. inflation, under normal conditions the fund will invest over 50% of its assets in inflation adjusted debt securities.

## Asset Allocation as of 12/31/04



Fixed Income 100.00

## Top Security Types as of 12/31/04

| Holding Name | Percent of TNA |
|---|---|
| TREASURY NOTES/BONDS | 81.07 |
| GOVERNMENT AGENCY SECURITIES | 16.61 |
| GNMA AND OTHER MTG BACKED | 11.42 |
| CORPORATE NOTES/BONDS | 5.91 |
| ASSET BACKED SECURITIES | 0.61 |

| | |
|---|---|
| Percent of Assets in Top Security Type(s) | 100.00 |

## Quality Analysis

| Credit Quality Ratings | Percent of TNA |
|---|---|

Data Not Available

**Fund fact sheet not valid without Disclaimer Page.** Investment return and value of shares fluctuate and past performance is not a guarantee of future results. Your account balance and the returns on your account are based on the investment options you have selected. To maintain the tax benefits of the Plan, your accounts are an obligation of the sponsoring corporation to you and do not represent a direct ownership in the investment options. Rabbi Trust, or other assets of the Plan sponsor. Date of first use: 01/24/06

Lipper, A Reuters Company. Copyright 2005 Reuters. All rights reserved. Any copying, republication or redistribution of Lipper content is expressly prohibited, without the prior written consent of Lipper.



# THE NEWPORT GROUP

# Delaware VIP Diversified Income

Data updated as of 12/31/05

## Fund Overview

| | | | |
|---|---|---|---|
| Inception Date | 05/16/03 | Yield - 12 Months (%) | 1.07 |
| Total Net Assets ($M) | 98.8 | Management Company | |
| Total Expense Ratio (With 12b-1) | 0.80 | DELAWARE MANAGEMENT COMPANY | |

DELAWARE MANAGEMENT COMPANY
One Commerce Square 2005 Market Street
Philadelphia PA 19103-3682

## Fund Full Name
Delaware VIP Trust: Delaware VIP Diversified Income Series; Standard Class Shares

## Lipper Classification
General Bond Funds

## Investment Policy
The Fund seeks high current income and total return by investing primarily in international bonds, high yield, and investment-grade debt.

## Lipper Fund Performance Analysis

12/31/05

| | Cumulative (%) | | | | Annualized (%) | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 Month | 3 Month | Quarter to Date | Year to Date | 1 Year | 3 Year | 5 Year | 10 Year | Since Incep. |
| Total Return Performance | 0.78 | -0.22 | -0.22 | -0.45 | -0.45 | -- | -- | -- | 4.97 |
| Quintile Rank | -- | -- | -- | -- | 5 | -- | -- | -- | |
| Numeric Rank | -- | -- | -- | -- | 47 | -- | -- | -- | |
| Classification Count | -- | -- | -- | -- | 50 | -- | -- | -- | |
| Broad Based IX N/A | | | | Data Not Available | | | | |

## Risk Analysis (3 Year)

12/31/05

These statistics are measured against the Fund's broad based index. N/A

**Alpha** --
Alpha measures a manager's contribution to performance due to security selection or market timing relative to the broad based index.

**Beta** --
Beta measures a portfolio's sensitivity to market movements in the broad based index.

**R-Squared** --
R-squared is a measure that indicates the extent to which fluctuations in portfolio returns are correlated with those of the broad based index.

**Standard Deviation** --
Standard deviation is a measure of risk that gauges the variability of actual returns from their expected values and the dispersion of those variations over time.

| | 2003 | | | | 2004 | | | | 2005 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fund | | | | | | | | | | | | |
| Lipper VIP Gen Bond IX | | | | | | | | | | | | |
| | QF1 | QF2 | QF3 | QF4 | QF1 | QF2 | QF3 | QF4 | QF1 | QF2 | QF3 | QF4 |

* Best 3 Month Performance Over 3 Years     # Worst 3 Month Performance Over 3 Years

## Asset Allocation as of 09/30/04

☑ Fixed Income 99.32
☐ Cash 0.63

## Top Holdings as of 09/30/04

| Holding Name | Percent of TNA |
|---|---|
| CORPORATE NOTES/BONDS | 48.67 |
| GNMA AND OTHER MTG BACKED | 20.62 |
| FGN. CURRENCY DENOMINATED BONDS | 20.07 |
| GOVERNMENT AGENCY SECURITIES | 7.25 |
| ASSET BACKED SECURITIES | 2.71 |

Percent of Assets in Top Holdings    99.32

## Top Sectors by Percent as of 09/30/04

Government/AAA 38.15
BB AND B Rated 26.88
Foreign securities 20.07
A Rated 5.85
BBB Rated 4.94
CCC, CC AND C rated 3.43
AA Rated 2.88
D Rated 0.06
Equities/Other 5.03

**Fund fact sheet not valid without Disclaimer Page.** Investment return and value of shares fluctuate and past performance is not a guarantee of future results. Your account balance and the returns on your account are based on the investment options you have selected. To maintain the tax benefits of the Plan, your accounts are an obligation of the sponsoring corporation to you and do not represent a direct ownership in the investment options, Rabbi Trust, or other assets of the Plan sponsor. Date of first use: 01/24/06

Lipper, A Reuters Company. Copyright 2005 Reuters. All rights reserved. Any copying, republication or redistribution of Lipper content is expressly prohibited, without the prior written consent of Lipper.



# THE NEWPORT GROUP

# American Funds IS High Income Bond

Data updated as of 12/31/05

## Fund Overview

| | | | |
|---|---|---|---|
| Inception Date | 04/30/97 | Yield - 12 Months (%) | 6.12 |
| Total Net Assets ($M) | 566.3 | Management Company | |
| Total Expense Ratio (With 12b-1) | 0.74 | AMERICAN FUNDS | |
| | | 333 South Hope Street 52nd Floor | |
| | | Los Angeles CA 90071-1447 | |

## Lipper Fund Performance Analysis

12/31/05

| | Cumulative (%) | | | | Annualized (%) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 Month | 3 Month | Quarter to Date | Year to Date | 1 Year | 3 Year | 5 Year | 10 Year | Since Incep. |
| Total Return Performance | 0.32 | 0.90 | 0.10 | 2.20 | 2.20 | 13.20 | 3.94 | - | 6.56 |
| Quintile Rank | - | -- | | - | 4 | 2 | 2 | -- | |
| Numeric Rank | | | | | 51 | 23 | 15 | -- | |
| Classification Count | -- | -- | | -- | 89 | 87 | 74 | -- | -- |
| Broad Based IX Lehman Aggregate Bd Tr | 0.95 | 0.59 | 0.59 | 2.43 | 2.43 | 3.62 | 5.87 | 6.16 | |

## Risk Analysis (3 Year)

12/31/05

These statistics are measured against the Fund's broad based index: Lehman Aggregate Bd Tr

**Alpha** 0.74
Alpha measures a manager's contribution to performance due to security selection or market timing relative to the broad based index.

**Beta** 0.26
Beta measures a portfolio's sensitivity to market movements in the broad based index.

**R-Squared** 0.24
R-squared is a measure that indicates the extent to which fluctuations in portfolio returns are correlated with those of the broad based index.

**Standard Deviation** 4.90
Standard deviation is a measure of risk that gauges the variability of actual returns from their expected values and the dispersion of those variations over time.

| | 2003 | | | | 2004 | | | | 2005 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fund | * 10.6 | | | | | | | | # - 2.27 | | | |
| | 06/30/03 | | | | | | | | 04/30/05 | | | |
| Lipper VOF High Yld IX | * 9.02 | | | | | | | | # - 2.46 | | | |
| | 06/06/03 | | | | | | | | 04/30/05 | | | |
| | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 |

* Best 3 Month Performance Over 3 Years   # Worst 3 Month Performance Over 3 Years

**Fund fact sheet not valid without Disclaimer Page.** Investment return and value of shares fluctuate and past performance is not a guarantee of future results. Your account balance and the returns on your account are based on the investment options you have selected. To maintain the tax benefits of the Plan, your accounts are an obligation of the sponsoring corporation to you and do not represent a direct ownership in the investment options, Rabbi Trust, or other assets of the Plan sponsor.
Date of first use: 01/23/06

Lipper, A Reuters Company. Copyright 2005 Reuters. All rights reserved. Any copying, republication or redistribution of Lipper content is expressly prohibited, without the prior written consent of Lipper.

## Fund Full Name
American Funds Insurance Series: High Income Bond Fund;
Class 2 Shares

## Lipper Classification
High Current Yield Funds

## Investment Policy
The Fund seeks a high level of current income and capital appreciation by investing at least 65% of its assets in high yielding, lower quality debt securities.

## Asset Allocation as of 09/30/05

- Fixed Income 83.70
- Cash 11.70
- Securities 3.20
- Equities 1.40

## Top Security Types as of 09/30/05

| Holding Name | Percent of TNA |
|---|---|
| CORPORATE NOTES/BONDS | 63.60 |
| FGN. CURRENCY DENOMINATED BONDS | 16.90 |
| PREFERRED STOCK-NON CONVERTIBLE | 3.20 |
| COMMON STOCK | 1.40 |

Percent of Assets in Top Security Type(s) 85.10

## Quality Analysis as of 09/30/05

| Quality Quality Ratings | Percent of TNA |
|---|---|
| Short Term Securities | 11.70 |
| AAA Bonds | 2.99 |
| AA Bonds | 0.03 |
| A Bonds | 1.14 |
| BBB Bonds | 3.78 |
| BB Bonds | 17.91 |
| B Bonds | 28.08 |
| CCC Bonds | 5.57 |
| CC Bonds | 0.14 |
| C Bonds | 0.07 |
| D Bonds | 0.14 |
| Quality Other | 0.00 |
| Other | 6.20 |
| Foreign Securities | 16.90 |



NCDCP0001904

# THE NEWPORT GROUP

# AllianceBernstein VPS Growth & Income Portfolio

Data updated as of 12/31/05

## Fund Overview

| | | | |
|---|---|---|---|
| Inception Date | 01/14/91 | Yield - 12 Months (%) | 1.34 |
| Total Net Assets ($M) | 544.5 | **Management Company** | |
| Total Expense Ratio (With 12b-1) | 0.60 | ALLIANCE CAPITAL MANAGEMENT LP 1345 Avenue of the Americas New York NY 10105 | |

## Fund Full Name

AllianceBernstein Variable Products Series Fund, Inc: Alliance-Bernstein Growth & Income Portfolio; Class A Shs

## Lipper Classification

Large-Cap Value Funds

## Investment Policy

The Portfolio seeks to balance the objectives of reasonable current income and reasonable opportunities for appreciation through investments primarily in dividend-paying common stocks of good quality.

## Lipper Fund Performance Analysis

12/31/05

| | Cumulative (%) | | | | Annualized (%) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 Month | 3 Month | Quarter to Date | Year to Date | 1 Year | 3 Year | 5 Year | 10 Year | Since Incep. |
| Total Return Performance | 0.18 | 2.90 | 2.90 | 4.77 | 4.77 | 15.66 | 3.03 | 11.49 | 11.37 |
| Quintile Rank | -- | -- | -- | -- | 3 | 2 | 2 | 1 | -- |
| Numeric Rank | -- | -- | -- | -- | 60 | 34 | 16 | 2 | -- |
| Classification Count | -- | -- | -- | -- | 100 | 63 | 54 | 22 | -- |
| Broad Based IX S & P 500 Daily Reinv | 0.03 | 2.09 | 2.09 | 4.91 | 4.91 | 14.39 | 0.54 | 9.07 | -- |

## Risk Analysis (3 Year)

12/31/05

These statistics are measured against the Fund's broad based index: S & P 500 Daily Reinv

**Alpha** 0.14
Alpha measures a manager's contribution to performance due to security selection or market timing relative to the broad based index.

**Beta** 0.95
Beta measures a portfolio's sensitivity to market movements in the broad based index.

**R-Squared** 0.90
R-squared is a measure that indicates the extent to which fluctuations in portfolio returns are correlated with those of the broad based index.

**Standard Deviation** 9.20
Standard deviation is a measure of risk that gauges the variability of actual returns from their expected values and the dispersion of these variations over time.

| | 2003 | | | | 2004 | | | | 2005 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fund | * 15.63 05/31/03 | | | | # 2.49 05/31/04 | | | | | | | |
| Lipper VPS Lg Cp Val IX | # 4.64 02/28/03 | * 17.44 06/30/03 | | | | | | | | | | |
| | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 |

\* Best 3 Month Performance Over 3 Years    # Worst 3 Month Performance Over 3 Years



## Asset Allocation as of 03/31/05

☑ Equities 98.84
☐ Cash 1.16

## Top Holdings as of 03/31/05

| Holding Name | Percent of TNA |
|---|---|
| GENERAL ELEC CO COM | 4.72 |
| MICROSOFT CORP COM | 4.47 |
| CITIGROUP INC COM | 4.33 |
| AMERICAN INTL GROUP INC COM | 4.21 |
| CONOCOPHILLIPS COM | 3.38 |
| JP MORGAN & CHASE & CO COM | 3.32 |
| VIACOM INC CL B | 3.10 |
| ALTRIA GROUP INC COM | 2.74 |
| HOME DEPOT INC COM | 2.70 |
| WELLPOINT INC COM | 2.68 |
| Percent of Assets in Top Holdings | 35.65 |

## Top Sectors by Percent as of 03/31/05

Finance 21.19
Consumer Services 10.49
Producer Manufacturing 9.02
Energy Minerals 8.21
Consumer - Non Durables 6.19
Technology Services 7.45
Health Services 5.22
Health Technology 4.93
Retail Trade 3.56
Transportation 1.23

**Fund fact sheet not valid without Disclaimer Page.** Investment return and value of shares fluctuate and past performance is not a guarantee of future results. Your account balance and the returns on your account are based on the investment options you have selected. To maintain the tax benefits of the Plan, your accounts are an obligation of the sponsoring corporation to you and do not represent a direct ownership in the investment options, Rabbi Trust, or other assets of the Plan sponsor. Date of first use: 01/23/06

Lipper, A Reuters Company. Copyright 2005 Reuters. All rights reserved. Any copying, republication or redistribution of Lipper content is expressly prohibited, without the prior written consent of Lipper.



# THE NEWPORT GROUP

# Scudder VIT Equity 500 Index

Data updated as of 12/31/05

## Fund Overview

| | | | |
|---|---|---|---|
| Inception Date | 10/01/97 | Yield - 12 Months (%) | 1.49 |
| Total Net Assets ($M) | 1102.6 | Management Company | |
| Total Expense Ratio (With 12b-1) | 0.29 | SCUDDER INVESTMENTS | |

SCUDDER INVESTMENTS
222 South Riverside Plaza
Chicago IL 60606-5808

## Fund Full Name

Scudder Investments VIT Funds: Equity 500 Index Fund

## Lipper Classification

S&P 500 Index Objective Funds

## Investment Policy

The Fund seeks to replicate as closely as possible (before deduction of expenses) the total return of the Standard & Poor's 500 Composite Stock Price Index, an index emphasizing large capitalization stocks.

## Lipper Fund Performance Analysis

12/31/05

| | Cumulative (%) | | | | Annualized (%) | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 Month | 3 Month | Quarter to Date | Year to Date | 1 Year | 3 Year | 5 Year | 10 Year | Since Incep. |
| Total Return Performance | 0.00 | 2.02 | 2.02 | 4.68 | 4.68 | 14.05 | 0.24 | - | 4.61 |
| Quintile Rank | | -- | | | -- | 2 | 2 | 2 | -- |
| Numeric Rank | | | | | 13 | 16 | 19 | -- |
| Classification Count | | -- | | -- | 53 | 54 | 48 | -- |
| Broad Based IX S & P 500 Daily Reinv | 0.03 | 2.09 | 2.09 | 4.91 | 4.91 | 14.39 | 0.54 | 9.07 | -- |

## Risk Analysis (3 Year)

12/31/05

These statistics are measured against the Fund's broad based index: S & P 500 Daily Reinv

**Alpha** -0.02
Alpha measures a manager's contribution to performance due to security selection or market timing relative to the broad based index.

**Beta** 1.00
Beta measures a portfolio's sensitivity to market movements in the broad based index.

**R-Squared** 1.00
R-squared is a measure that indicates the extent to which fluctuations in portfolio returns are correlated with those of the broad based index.

**Standard Deviation** 8.99
Standard deviation is a measure of risk that gauges the variability of actual returns from their expected values and the dispersion of these variations over time.



## Asset Allocation as of 06/30/05

- ◨ Equities 98.64
- ☐ Other 0.75
- ▨ Fixed Income 0.61

| | 2003 | | | 2004 | | | | 2005 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fund | | † -3.15 / # -15.15 | | | | | | | | | |
| | 3/31/03 / 9/30/03 | | | | | | | | | | |
| Lipper VIT S&P 500 IX | | † -3.23 / # -15.30 | | | | | | | | | |
| | 3/31/03 / 9/30/03 | | | | | | | | | | |
| | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 |

† Best 3 Month Performance Over 3 Years    # Worst 3 Month Performance Over 3 Years

## Top Holdings as of 06/30/05

| Holding Name | Percent of TNA |
|---|---|
| GENERAL ELEC CO COM | 3.31 |
| EXXON MOBIL CORP COM | 3.31 |
| MICROSOFT CORP COM | 2.26 |
| CITIGROUP INC COM | 2.17 |
| PFIZER INC COM | 1.85 |
| JOHNSON & JOHNSON COM | 1.74 |
| BANK OF AMERICA CORPORATION COM | 1.66 |
| WAL MART STORES INC COM | 1.47 |
| INTEL CORP COM | 1.46 |
| AMERICAN INTL GROUP INC COM | 1.36 |
| Percent of Assets in Top Holdings | 20.59 |

## Top Sectors by Percent as of 06/30/05

- Finance 19.15
- Health Technology 10.44
- Electronic Technology 10.17
- Consumer - Non-Durables 7.55
- Producer Manufacturing 7.46
- Energy Minerals 7.14
- Retail Trade 6.23
- Technology Services 6.18
- Consumer Services 5.55
- Utilities 3.31

**Fund fact sheet not valid without Disclaimer Page.** Investment return and value of shares fluctuate and past performance is not a guarantee of future results. Your account balance and the returns on your account are based on the investment options you have selected. To maintain the tax benefits of the Plan, your accounts are an obligation of the sponsoring corporation to you and do not represent a direct ownership in the investment options, Rabbi Trust, or other assets of the Plan sponsor.
Date of first use: 01/24/06

Lipper, A Reuters Company. Copyright 2005 Reuters. All rights reserved. Any copying, republication or redistribution of Lipper content is expressly prohibited, without the prior written consent of Lipper.



# THE NEWPORT GROUP

# American Funds IS Growth

Data updated as of 12/31/05

## Fund Overview

| | | | |
|---|---|---|---|
| Inception Date | 04/30/97 | Yield - 12 Months (%) | 0.54 |
| Total Net Assets ($M) | 17638.5 | Management Company | |
| Total Expense Ratio (With 12b-1) | 0.61 | AMERICAN FUNDS | |
| | | 333 South Hope Street 52nd Floor | |
| | | Los Angeles CA 90071-1447 | |

## Fund Full Name

American Funds Insurance Series Growth Fund; Class 2 Shares

## Lipper Classification

Multi-Cap Growth Funds

## Investment Policy

The Fund seeks long-term growth of capital by investing in a diversified portfolio of common stocks.

## Lipper Fund Performance Analysis

12/31/05

| | Cumulative (%) | | | | | Annualized (%) | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 Month | 3 Month | Quarter to Date | Year to Date | 1 Year | 3 Year | 5 Year | 10 Year | Since Incep. |
| Total Return Performance | 2.22 | 5.74 | 5.74 | 16.19 | 16.19 | 21.38 | 2.03 | - | 14.00 |
| Quintile Rank | | - | - | | 1 | 1 | 1 | - | |
| Numeric Rank | | - | - | - | 21 | 13 | 12 | - | |
| Classification Count | | - | - | - | 125 | 108 | 78 | - | |
| Broad Based IX S & P 500 Daily Reinv | 0.05 | 2.09 | 2.09 | 4.91 | 4.91 | 14.39 | 0.54 | 9.07 | |

## Risk Analysis (3 Year)

12/31/05

These statistics are measured against the Fund's broad based index: S & P 500 Daily Reinv

**Alpha** 0.33
Alpha measures a manager's contribution to performance due to security selection or market timing relative to the broad based index.

**Beta** 1.15
Beta measures a portfolio's sensitivity to market movements in the broad based index.

**R-Squared** 0.88
R-squared is a measure that indicates the extent to which fluctuations in portfolio returns are correlated with those of the broad based index.

**Standard Deviation** 11.16
Standard deviation is a measure of risk that gauges the variability of actual returns from their expected values and the dispersion of these variations over time.



| | 2003 | | | | 2004 | | | | 2005 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fund | | * 20.54 16/30/03 | | | | | # 4.19 09/31/04 | | | | | |
| Lipper VUF Mt-Cp Gr IX | | * 16.99 06/51/05 | | | | | # 5.89 09/31/04 | | | | | |
| | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 |

* Best 3 Month Performance Over 3 Years
\# Worst 3 Month Performance Over 3 Years

## Asset Allocation as of 03/31/05

☑ Equities 91.52
☐ Cash 8.71
☒ Fixed Income 0.14
☐ Other -0.37

## Top Holdings as of 03/31/05

| Holding Name | Percent of INA |
|---|---|
| ALTRIA GROUP INC COM | 3.03 |
| GOOGLE INC CL A | 2.69 |
| TIME WARNER INC COM | 2.29 |
| IAC INTERACTIVECORP COM | 2.00 |
| SANOFI-AVENTIS EUR2 | 1.85 |
| CARNIVAL CORP PAIRED CTF | 1.73 |
| TARGET CORP COM | 1.72 |
| TYCO INT'L LTD NEW COM | 1.65 |
| MICROSOFT CORP COM | 1.60 |
| NEWS CORP CL A | 1.49 |
| Percent of Assets in Top Holdings | 20.05 |

## Top Sectors by Percent as of 03/31/05

Electronic Technology 12.02
Consumer Services 11.54
Retail Trade 8.18
Technology Services 8.17
Energy Minerals 7.34
Industrial Services 7.30
Health Technology 6.99
Finance 5.91
Consumer - Non-Durables 5.37
Communications 4.32

**Fund fact sheet not valid without Disclaimer Page.** Investment return and value of shares fluctuate and past performance is not a guarantee of future results. Your account balance and the returns on your account are based on the investment options you have selected. To maintain the tax benefits of the Plan, your accounts are an obligation of the sponsoring corporation to you and do not represent a direct ownership in the investment options, Rabbi Trust, or other assets of the Plan sponsor.
Date of first use: 01/24/06

Lipper, a Reuters Company. Copyright 2005 Reuters. All rights reserved. Any copying, republication or redistribution of Lipper content is expressly prohibited, without the prior written consent of Lipper.

