THE NEWPORT GROUP

# AllianceBernstein VPS Small/Mid Cap Value Portfolio

Data updated as of 12/31/05

## Fund Overview

| | |
|---|---|
| Inception Date | 05/02/01 |
| Total Net Assets ($M) | 131.6 |
| Total Expense Ratio (With 12b-1) | 0.86 |
| Yield - 12 Months (%) | 0.73 |

Management Company
ALLIANCE CAPITAL MANAGEMENT LP
1345 Avenue of the Americas
New York NY 10105

## Fund Full Name

AllianceBernstein Variable Products Series Fund, Inc: AllianceBernstein Small/Mid Cap Value Portfolio; Cl A Sh

## Lipper Classification

Mid-Cap Value Funds

## Investment Policy

The Portfolio seeks long-term growth of capital. To achieve its objective, the Portfolio invests primarily in a diversified portfolio of equity securities of companies with relatively small market capitalizations. The Portfolio will normally invest at least 65% of its total assets in these types of securities.

## Lipper Fund Performance Analysis 12/31/05

| | Cumulative (%) | | | | | Annualized (%) | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 Month | 3 Month | Quarter to Date | Year to Date | 1 Year | 3 Year | 5 Year | 10 Year | Since Incep. |
| Total Return Performance | 1.25 | 2.03 | 2.03 | 6.91 | 6.91 | 21.68 | - | - | 14.63 |
| Quintile Rank | -- | -- | -- | -- | 4 | 3 | -- | -- | -- |
| Numeric Rank | -- | -- | -- | -- | 46 | 22 | -- | -- | -- |
| Classification Count | -- | -- | -- | -- | 60 | 52 | -- | -- | -- |
| Broad Based IX S & P 500 Daily Reinv | 0.03 | 2.09 | 2.09 | 4.91 | 4.91 | 14.39 | 0.54 | 9.07 | -- |

## Asset Allocation as of 03/31/05

Equities 95.45

Cash 4.55

## Risk Analysis (3 Year) 12/31/05

These statistics are measured against the Fund's broad based index: **S & P 500 Daily Reinv**

**Alpha 0.18**
Alpha measures a manager's contribution to performance due to security selection or market timing relative to the broad based index.

**Beta 1.30**
Beta measures a portfolio's sensitivity to market movements in the broad based index.

**R-Squared 0.83**
R-squared is a measure that indicates the extent to which fluctuations in portfolio returns are correlated with those of the broad based index.

**Standard Deviation 12.95**
Standard deviation is a measure of risk that gauges the variability of actual returns from their expected values and the dispersion of these variations over time.

| | 2003 | | | | 2004 | | | | 2005 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fund | # -6.12 03/31/03 | * 20.29 06/30/03 | | | | | | | | | | |
| Lipper VUF Md Cp Val IX | # -4.83 03/31/03 | * 17.90 06/30/03 | | | | | | | | | | |
| | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 |

* Best 3 Month Performance Over 3 Years    # Worst 3 Month Performance Over 3 Years

## Top Holdings as of 03/31/05

| Holding Name | Percent of TNA |
|---|---|
| CONSTELLATION BRANDS INC CL A | 1.94 |
| OFFICE DEPOT INC COM | 1.93 |
| JONES APPAREL GROUP INC COM | 1.91 |
| EDWARDS AG INC COM | 1.90 |
| PULTE HOMES INC COM | 1.84 |
| CYTEC INDS INC COM | 1.82 |
| OWENS & MINOR INC NEW COM | 1.81 |
| BJS WHOLESALE CLUB INC COM | 1.76 |
| PAYLESS SHOESOURCE INC COM | 1.73 |
| BEAZER HOMES USA INC COM | 1.68 |
| Percent of Assets in Top Holdings | 18.32 |

## Top Sectors by Percent as of 03/31/05

Finance 18.78
Producer Manufacturing 12.38
Retail Trade 12.08
Consumer - Non-Durables 10.92
Process Industries 7.14
Electronic Technology 6.62
Distribution Services 5.58
Utilities 4.17
Consumer Durables 4.16
Non-Energy Minerals 3.35

**Fund fact sheet not valid without Disclaimer Page.** Investment return and value of shares fluctuate and past performance is not a guarantee of future results. Your account balance and the returns on your account are based on the investment options you have selected. To maintain the tax benefits of the Plan, your accounts are an obligation of the sponsoring corporation to you and do not represent a direct ownership in the investment options, Rabbi Trust, or other assets of the Plan sponsor.
Date of first use: 01/24/06

Lipper, A Reuters Company. Copyright 2005 Reuters. All rights reserved. Any copying, republication or redistribution of Lipper content is expressly prohibited, without the prior written consent of Lipper.

LIPPER A REUTERS COMPANY

## THE NEWPORT GROUP

# Baron Capital Asset

Data updated as of 12/31/05

## Fund Overview

| | | | |
|---|---|---|---|
| Inception Date | 10/01/08 | Yield - 12 Months (%) | 0.00 |
| Total Net Assets ($M) | – | Management Company | |
| Total Expense Ratio (With 12b-1) | 1.36 | BAMCO INC | |
| | | 767 Fifth Avenue | |
| | | New York NY 10153 | |

## Fund Full Name

Baron Capital Funds Trust: Baron Capital Asset Fund; Insurance Shares

## Lipper Classification

Small-Cap Growth Funds

## Investment Policy

The Fund seeks capital appreciation through investments in securities of small and medium sized companies with undervalued assets or favorable growth prospects.

## Lipper Fund Performance Analysis

12/31/05

| | Cumulative (%) | | | | Annualized (%) | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 Month | 3 Month | Quarter to Date | Year to Date | 1 Year | 3 Year | 5 Year | 10 Year | Since Incep. |
| Total Return Performance | -0.57 | 4.48 | 4.48 | 3.36 | 3.36 | 13.08 | 10.23 | – | 15.56 |
| Quintile Rank | | – | – | – | 5 | 3 | 1 | – | – |
| Numeric Rank | | – | – | – | 85 | 50 | 4 | – | – |
| Classification Count | | – | – | – | 100 | 92 | 60 | – | – |
| Broad Based IX S & P 500 Daily Reinv | 0.05 | 2.09 | 2.09 | 4.91 | 4.91 | 14.39 | 0.54 | 9.07 | – |

## Risk Analysis (3 Year)

12/31/05

These statistics are measured against the Fund's broad based index: S & P 500 Daily Reinv

| Alpha | Beta | R-Squared | Standard Deviation |
|---|---|---|---|
| 0.19 | 1.13 | 0.66 | 12.37 |

**Alpha** measures a manager's contribution to performance due to security selection or market timing relative to the broad based index.

**Beta** measures a portfolio's sensitivity to market movements in the broad based index.

**R-squared** is a measure that indicates the extent to which fluctuations in portfolio returns are correlated with those of the broad based index.

**Standard deviation** is a measure of risk that gauges the variability of actual returns from their expected values and the dispersion of these variations over time.

| | 2003 | | | 2004 | | | | 2005 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fund | | * 16.69 10/30/03 | | | | | | | | | * 4.32 11/21/05 |
| Lipper VUF Sm Cp Gr IX | | * 15.74 06/30/03 | | | | * -7.38 06/30/04 | | | | | |
| | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 |

* Best 3 Month Performance Over 3 Years

❋ Worst 3 Month Performance Over 3 Years

## Asset Allocation as of 03/31/05

☐ Equities 98.34

☐ Cash 1.66

## Top Holdings as of 03/31/05

| Holding Name | Percent of TNA |
|---|---|
| WYNN RESORTS LTD COM | 5.27 |
| AMERIGROUP CORP COM | 3.42 |
| KERZNER INTERNATIONAL LTD SHS | 2.86 |
| FIRST MARBLEHEAD CORP COM | 2.33 |
| COMMUNITY HEALTH SYS INC NE COM | 2.17 |
| EDWARDS LIFESCIENCES CORP COM | 2.15 |
| DEVRY INC DEL COM | 2.06 |
| ENCORE ACQUISITION CO COM | 2.06 |
| CHUBCOPOINT INC CUM | 1.87 |
| CARTER INC COM | 1.86 |
| Percent of Assets in Top Holdings | 26.05 |

## Top Sectors by Percent as of 03/31/05

Consumer Services 33.34
Finance 18.34
Health Services 11.98
Retail Trade 8.69
Health Technology 4.97
Commercial Services 4.13
Technology Services 4.00
Energy Minerals 3.71
Consumer - Non-Durables 3.07
Transportation 2.34

**Fund fact sheet not valid without Disclaimer Page.** Investment return and value of shares fluctuate and past performance is not a guarantee of future results. Your account balance and the returns on your account are based on the investment options you have selected. To maintain the tax benefits of the Plan, your accounts are an obligation of the sponsoring corporation to you and do not represent a direct ownership in the investment options, Rabbi Trust, or other assets of the Plan sponsor. Date of first use: 01/24/06

Lipper, A Reuters Company. Copyright 2005 Reuters. All rights reserved. Any copying, republication or redistribution of Lipper content is expressly prohibited, without the prior written consent of Lipper.



NCDCP0001909

## THE NEWPORT GROUP

# Delaware VIP Small Cap Value

Data updated as of 12/31/05

### Fund Overview

| | | | |
|---|---|---|---|
| Inception Date | 12/27/93 | Yield - 12 Months (%) | 0.37 |
| Total Net Assets ($M) | 411.5 | Management Company | |
| Total Expense Ratio (With 12b-1) | 0.83 | DELAWARE MANAGEMENT COMPANY One Commerce Square 2005 Market Street Philadelphia PA 19103-3682 | |

### Fund Full Name
Delaware VIP Trust; Delaware VIP Small Cap Value Series; Standard Class Shares

### Lipper Classification
Small-Cap Value Funds

### Investment Policy
The Fund seeks capital appreciation by investing in small-capital common stock whose market value appears low relative to their underlying value or future earnings and growth potential.

### Lipper Fund Performance Analysis

12/31/05

| | Cumulative (%) | | | | Annualized (%) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 Month | 3 Month | Quarter to Date | Year to Date | 1 Year | 3 Year | 5 Year | 10 Year | Since Incep. |
| Total Return Performance | 0.33 | 1.78 | 1.78 | 8.42 | 8.42 | 23.58 | 14.78 | 13.26 | 13.19 |
| Quintile Rank | | -- | | | -- | 2 | 2 | 2 | 4 | -- |
| Numeric Rank | | -- | | | -- | 14 | 11 | 5 | 4 | -- |
| Classification Count | | -- | | | -- | 30 | 31 | 21 | 6 | -- |
| Broad Based IX S & P 500 Daily Reinv | 0.03 | 2.09 | 2.09 | 4.91 | 4.91 | 14.39 | 0.54 | 9.07 | -- |

### Risk Analysis (3 Year)

12/31/05

These statistics are measured against the Fund's broad based index S & P 500 Daily Reinv

**Alpha** 0.41
Alpha measures a manager's contribution to performance due to security selection or market timing relative to the broad based index.

**Beta** 1.21
Beta measures a portfolio's sensitivity to market movements in the broad based index.

**R-Squared** 0.77
R-squared is a measure that indicates the extent to which fluctuations in portfolio returns are correlated with those of the broad based index.

**Standard Deviation** 12.48
Standard deviation is a measure of risk that gauges the variability of actual returns from their expected values and the dispersion of these variations over time.

| | 2003 | | | | 2004 | | | | 2005 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lund | | ‡ 13.70 06/30/03 | | | | | | | | | | # -3.02 10/31/05 |
| Lipper VIP Sm Cp VI IX | # -2.11 09/31/03 | ‡ 12.88 06/30/03 | | | | | | | | | | |
| | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 |

‡ Best 3 Month Performance Over 3 Years    # Worst 3 Month Performance Over 3 Years

### Asset Allocation as of 03/31/05

Equities 92.47
Cash 7.53



### Top Holdings as of 03/31/05

| Holding Name | Percent of TNA |
|---|---|
| ISHARES TR RUSL 2000 VALU | 1.84 |
| ENERGY PARTNERS LTD COM | 1.63 |
| WHITING PETE CORP NEW COM | 1.60 |
| CATO CORP NEW CL A | 1.40 |
| NEWFIELD EXPL CO COM | 1.37 |
| WALTER INDS INC COM | 1.36 |
| CONSTELLATION BRANDS INC CL A | 1.35 |
| KB HOME COM | 1.31 |
| ALEXANDER & BALDWIN INC COM | 1.31 |
| BERKLEY W R CORP COM | 1.22 |
| Percent of Assets in Top Holdings | 14.39 |

### Top Sectors by Percent as of 03/31/05

Finance 17.45
Producer Manufacturing 8.82
Consumer - Non-Durables 7.79
Retail Trade 7.15
Electronic Technology 7.12
Process Industries 6.98
Energy Minerals 6.52
Transportation 3.98
Industrial Services 3.93
Consumer Durables 3.93

**Fund fact sheet not valid without Disclaimer Page.** Investment return and value of shares fluctuate and past performance is not a guarantee of future results. Your account balance and the returns on your account are based on the investment options you have selected. To maintain the tax benefits of the Plan, your accounts are an obligation of the sponsoring corporation to you and do not represent a direct ownership in the investment options, Rabbi Trust, or other assets of the Plan sponsor. Date of first use: 01/24/06

Lipper, A Reuters Company. Copyright 2005 Reuters. All rights reserved. Any copying, republication or redistribution of Lipper content is expressly prohibited, without the prior written consent of Lipper.



# THE NEWPORT GROUP

## Scudder VIT Small Cap Index

Data updated as of 12/31/05

### Fund Overview

| | | | |
|---|---|---|---|
| Inception Date | 08/25/97 | Yield - 12 Months (%) | 0.53 |
| Total Net Assets ($M) | 451.6 | Management Company | |
| Total Expense Ratio (With 12b-1) | 0.45 | SCUDDER INVESTMENTS | |
| | | 222 South Riverside Plaza | |
| | | Chicago IL 60606-5808 | |

### Fund Full Name
Scudder Investments VIT Funds: Small Cap Index Fund; Class A Shares

### Lipper Classification
Small-Cap Core Funds

### Investment Policy
The Fund seeks to replicate as closely as possible (before deduction of expenses) the total return of the Russell 2000 Small Stock Index, an index consisting of 2,000 small-capitalization common stocks.

### Lipper Fund Performance Analysis
12/31/05

| | Cumulative (%) | | | | | Annualized (%) | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 Month | 3-Month | Quarter to Date | Year to Date | 1 Year | 3 Year | 5 Year | 10 Year | Since Incep. |
| Total Return Performance | -0.98 | 1.12 | 1.12 | 4.26 | 4.26 | 21.59 | 7.82 | - | 6.75 |
| Quintile Rank | | -- | -- | -- | 4 | 2 | 3 | -- | -- |
| Numeric Rank | | -- | -- | -- | 89 | 34 | 38 | -- | -- |
| Classification Count | | -- | -- | -- | 131 | 114 | 72 | -- | -- |
| Broad Based IX S & P 500 Daily Reinv | 0.03 | 2.09 | 2.09 | 4.91 | 4.91 | 14.39 | 0.54 | 9.07 | -- |

### Risk Analysis (3 Year)
12/31/05

These statistics are measured against the Fund's broad based index: S & P 500 Daily Reinv

| Alpha | Beta | R-Squared | Standard Deviation |
|---|---|---|---|
| -0.02 | 1.47 | 0.79 | 15.01 |
| Alpha measures a manager's contribution to performance due to security selection or market timing relative to the broad based index. | Beta measures a portfolio's sensitivity to market movements in the broad based index. | R-squared is a measure that indicates the extent to which fluctuations in portfolio returns are correlated with those of the broad based index. | Standard deviation is a measure of risk that gauges the variability of actual returns from their expected values and the dispersion of these variations over time. |

| | 2003 | | | | 2004 | | | | 2005 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fund | | * 28.16 Q3/03 | | | | | | | | # -3.91 Q1/05 | | |
| Lipper VIT Sm Cp Cr IX | | * 18.20 Q3/03 | | | | | | | | # -4.96 Q4/2005 | | |
| | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 |

\* Best 3 Month Performance Over 3 Years    # Worst 3 Month Performance Over 3 Years

### Asset Allocation as of 06/30/05



☑ Equities 95.22
☐ Cash 2.34
▨ Fixed Income 2.16
☐ Other 0.28

### Top Holdings as of 06/30/05

| Holding Name | Percent of TNA |
|---|---|
| CIMAREX ENERGY CO COM | 0.25 |
| CAL DIVE INTL INC COM | 0.18 |
| AMYLIN PHARMACEUTICALS INC COM | 0.17 |
| VALASSIS COMMUNICATIONS INC COM | 0.16 |
| WESTAMERICA BANCORPORATION COM | 0.16 |
| PENNSYLVANIA RL ESTATE INVT SH BEN INT | 0.16 |
| FIRST INDUSTRIAL REALTY TRU COM | 0.16 |
| NICOR INC COM | 0.16 |
| PACIFIC CAP BANCORP NEW COM | 0.16 |
| AEROPOSTALE COM | 0.15 |
| Percent of Assets in Top Holdings | 1.71 |

### Top Sectors by Percent as of 06/30/05

Finance 21.20
Electronic Technology 11.75
Health Technology 8.58
Consumer Services 5.68
Technology Services 5.62
Producer Manufacturing 5.01
Retail Trade 4.97
Commercial Services 4.38
Industrial Services 3.39
Process Industries 3.20

**Fund fact sheet not valid without Disclaimer Page.** Investment return and value of shares fluctuate and past performance is not a guarantee of future results. Your account balance and the returns on your account are based on the investment options you have selected. To maintain the tax benefits of the Plan, your accounts are an obligation of the sponsoring corporation to you and do not represent a direct ownership in the investment options, Rabbi Trust, or other assets of the Plan sponsor. Date of first use: 01/24/06

Lipper, A Reuters Company. Copyright 2005 Reuters. All rights reserved. Any copying, republication or redistribution of Lipper content is expressly prohibited, without the prior written consent of Lipper.



## THE NEWPORT GROUP



# Lincoln VIP International

Data updated as of 12/31/05

### Fund Overview

| | | | |
|---|---|---|---|
| Inception Date | 05/01/01 | Yield - 12 Months (%) | 0.28 |
| Total Net Assets ($M) | 525.4 | Management Company | |
| Total Expense Ratio (With 12b-1) | 0.90 | DELAWARE MANAGEMENT COMPANY | |

One Commerce Square 2005 Market Street
Philadelphia PA 19103-3682

### Fund Full Name
Lincoln Variable Insurance Products Trust: International Fund; Standard Class Shares

### Lipper Classification
International Core

### Investment Policy
The Fund seeks long-term capital appreciation by investing primarily in the equity securities of non-US companies.

### Lipper Fund Performance Analysis
12/31/05

| | Cumulative (%) | | | | Annualized (%) | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 Month | 3 Month | Quarter to Date | Year to Date | 1 Year | 3 Year | 5 Year | 10 Year | Since Incep. |
| Total Return Performance | 4.04 | 2.51 | 2.51 | 12.54 | 12.54 | 24.46 | 3.14 | 3.29 | 0.37 |
| Quintile Rank | | -- | | -- | 4 | 2 | 1 | 1 | |
| Numeric Rank | | | | | 92 | 27 | 7 | 7 | |
| Classification Count | | | | | 127 | 116 | 79 | 58 | |
| Broad Based IX MSCI EAFE IX ND | 4.65 | 4.08 | 4.08 | 13.54 | 13.54 | 23.68 | 4.55 | 5.84 | |

### Risk Analysis (3 Year)
12/31/05

These statistics are measured against the Fund's broad based index: MSCI EAFE IX ND

**Alpha** 0.72
Alpha measures a manager's contribution to performance due to security selection or market timing relative to the broad based index.

**Beta** 0.90
Beta measures a portfolio's sensitivity to market movements in the broad based index.

**R-Squared** 0.69
R-squared is a measure that indicates the extent to which fluctuations in portfolio returns are correlated with those of the broad based index.

**Standard Deviation** 10.03
Standard deviation is a measure of risk that gauges the variability of actual returns from their expected values and the dispersion of these variations over time.

### Asset Allocation as of 03/31/05

☑ Equities 97.09
☐ Cash 2.91

### Top Holdings as of 03/31/05

| Holding Name | Percent of INA |
|---|---|
| BCA INTESA EURO 52 | 3.59 |
| TELEFONICA SA EUR1 | 3.33 |
| GLAXOSMITHKLINE ORD GBP0.25 | 3.19 |
| RWE AG (NEU) NPV | 2.99 |
| ING GROEP NV CVA EURO 24 | 2.96 |
| TOTAL EUR10 | 2.95 |
| TAKEDA PHARMACEUTI NPV | 2.93 |
| NATL AUSTRALIA BK NPV | 2.83 |
| ROYAL DUTCH PE TROL EUR0.56 | 2.80 |
| FOSTERS GROUP NPV | 2.53 |
| Percent of Assets in Top Holdings | 30.10 |

### Top Sectors by Percent as of 03/31/05


| | | |
|---|---|---|
| Lund | 2005 | # -4.04  * 22.79 |
| | | 10/21/03  06/30/03 |
| Lipper VIP Ind Core IX | | # -3.53  * 17.54 |
| | | 10/21/03  06/30/03 |

* Best 3 Month Performance Over 3 Years    # Worst 3 Month Performance Over 3 Years

Fund fact sheet not valid without Disclaimer Page. Investment return and value of shares fluctuate and past performance is not a guarantee of future results. Your account balance and the returns on your account are based on the investment options you have selected. To maintain the tax benefits of the Plan, your accounts are an obligation of the sponsoring corporation to you and do not represent a direct ownership in the investment options. Rabbi Trust, or other assets of the Plan sponsor.
Date of first use: 01/23/06

Lipper, A Reuters Company. Copyright 2005 Reuters. All rights reserved. Any copying, republication or redistribution of Lipper content is expressly prohibited, without the prior written consent of Lipper.

LIPPER

NCDCP0001912

# THE NEWPORT GROUP

## American Funds IS International

Data updated as of 12/31/05

### Fund Overview

| | | | |
|---|---|---|---|
| Inception Date | 04/30/97 | Yield - 12 Months (%) | 135 |
| Total Net Assets ($M) | 4374.3 | Management Company | |
| Total Expense Ratio (With 12b-1) | 0.83 | AMERICAN FUNDS 333 South Hope Street 52nd Floor Los Angeles CA 90071-1447 | |

### Fund Full Name
American Funds Insurance Series: International Fund; Class 2 Shares

### Lipper Classification
International Core

### Investment Policy
The Fund seeks long-term growth of capital by investing primarily in securities of issuers domiciled outside the US.

### Lipper Fund Performance Analysis

12/31/05

| | Cumulative (%) | | | | Annualized (%) | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 Month | 3 Month | Quarter to Date | Year to Date | 1 Year | 3 Year | 5 Year | 10 Year | Since Incep. |
| Total Return Performance | 5.94 | 7.97 | 7.97 | 21.50 | 21.50 | 25.04 | 5.93 | - | 10.01 |
| Quintile Rank | -- | -- | -- | -- | 1 | 1 | 2 | -- | -- |
| Numeric Rank | -- | -- | -- | -- | 7 | 19 | 17 | -- | -- |
| Classification Count | -- | -- | -- | -- | 127 | 116 | 73 | -- | -- |
| Broad Based IX MSCI EAFE IX ND | 4.65 | 4.08 | 4.08 | 13.54 | 13.54 | 23.68 | 4.55 | 5.84 | -- |

### Risk Analysis (3 Year)

12/31/05

These statistics are measured against the Fund's broad based index: MSCI EAFE IX ND

| Alpha | 0.74 | Beta | 1.00 | R-Squared | 0.68 | Standard Deviation | 10.95 |
|---|---|---|---|---|---|---|---|

**Alpha** measures a manager's contribution to performance due to security selection or market timing relative to the broad based index.

**Beta** measures a portfolio's sensitivity to market movements in the broad based index.

**R-squared** is a measure that indicates the extent to which fluctuations in portfolio returns are correlated with those of the broad based index.

**Standard Deviation** is a measure of risk that gauges the variability of actual returns from their expected values and the dispersion of those variations over time.

| | 2005 | | | 2004 | | | 2005 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fund | # -3.68 06/30/03 | * 16.90 06/30/03 | | | | | | | | |
| Lipper IX# Intl Core IX | # -4.83 09/21/01 | * 17.50 06/30/03 | | | | | | | | |
| | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 |

\* Best 3 Month Performance Over 3 Years    # Worst 3 Month Performance Over 3 Years

### Asset Allocation as of 12/31/04

- Equities 82.45
- Cash 14.88
- Other 2.39
- Securities 0.28

### Top Holdings as of 12/31/04

| Holding Name | Percent of TNA |
|---|---|
| TELEKOM AUSTRIA TA NPV BRD | 2.66 |
| RICHEMONT/CIE FIN'L 'A'CHF1/BR/EQUITY U | 2.11 |
| UFJ HOLDINGS NPV | 1.90 |
| SANOFI-AVENTIS EUR2 | 1.90 |
| KON KPN NV EUR0.24 | 1.85 |
| TELEFONICA SA EUR1 | 1.36 |
| FRANCE TELECOM EUR4 | 1.36 |
| HUSKY ENERGY INC COM | 1.26 |
| TELENOR ASA UHU NOK6 | 1.25 |
| NITTO DENKO CORP NPV | 1.23 |
| Percent of Assets in Top Holdings | 16.87 |

### Top Sectors by Percent as of 12/31/04

- Finance 19.11
- Communications 13.92
- Electronic Technology 9.97
- Energy Minerals 9.18
- Consumer - Non-Durables 5.15
- Health Technology 4.99
- Consumer Durables 4.55
- Non-Energy Minerals 4.53
- Utilities 3.31
- Retail Trade 2.05



**Fund fact sheet not valid without Disclaimer Page.** Investment return and value of shares fluctuate and past performance is not a guarantee of future results. Your account balance and the returns on your account are based on the investment options you have selected. To maintain the tax benefits of the Plan, your accounts are an obligation of the sponsoring corporation to you and do not represent a direct ownership in the investment options, Rabbi Trust, or other assets of the Plan sponsor. Date of first use: 01/24/06

Lipper, A Reuters Company. Copyright 2005 Reuters. All rights reserved. Any copying, republication or redistribution of Lipper content is expressly prohibited, without the prior written consent of Lipper.

NCDCP0001913

# THE NEWPORT GROUP

# Delaware VIP Emerging Markets

Data updated as of 12/31/05

## Fund Overview

| | | |
|---|---|---|
| Inception Date | 05/01/97 | Yield - 12 Months (%) 0.29 |
| Total Net Assets ($M) | 107.1 | Management Company |
| Total Expense Ratio (With 12b-1) | 1.50 | DELAWARE MANAGEMENT COMPANY |

One Commerce Square 2005 Market Street
Philadelphia PA 19103-3682

## Fund Full Name
Delaware VIP Trust: Delaware VIP Emerging Markets Series; Standard Class Shares

## Lipper Classification
Emerging Markets Funds

## Investment Policy
The Fund seeks long-term capital appreciation by investing primarily in equity securities of issuers located or operating in emerging countries.

## Lipper Fund Performance Analysis
12/31/05

| | Cumulative (%) | | | | Annualized (%) | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 Month | 3 Month | Quarter to Date | Year to Date | 1 Year | 3 Year | 5 Year | 10 Year | Since Incep. |
| Total Return Performance | 4.36 | 3.00 | 3.00 | 27.49 | 27.49 | 42.64 | 26.30 | - | 9.43 |
| Quintile Rank | - | - | - | - | 5 | 1 | 1 | - | - |
| Numeric Rank | - | - | - | - | 23 | 2 | 1 | - | - |
| Classification Count | - | - | - | - | 28 | 27 | 22 | - | - |
| Broad Based IX MSCI EAFE IX ND | 4.65 | 4.08 | 4.08 | 13.54 | 13.54 | 23.68 | 4.55 | 5.84 | - |

## Risk Analysis (3 Year)
12/31/05

These statistics are measured against the Fund's broad based index: MSCI EAFE IX ND

**Alpha** 1.76
Alpha measures a manager's contribution to performance due to security selection or market timing relative to the broad based index.

**Beta** 1.09
Beta measures a portfolio's sensitivity to market movements in the broad based index.

**R-Squared** 0.46
R-squared is a measure that indicates the extent to which fluctuations in portfolio returns are correlated with those of the broad based index.

**Standard Deviation** 14.53
Standard deviation is a measure of risk that gauges the variability of actual returns from their expected values and the dispersion of these variations over time.



## Asset Allocation as of 05/31/05
☐ Equities 94.53
☐ Cash 5.47

## Top Holdings as of 05/31/05

| Holding Name | Percent of TNA |
|---|---|
| ITAUSA INV ITAU SA PRF NPV | 2.37 |
| PETROLEO BRASILEIRO SA PETR SPONSORED ADR | 2.35 |
| KOREA ELEC POWER KRW5000 | 2.10 |
| TELEFONOS DE MEXICO S A SPON ADR ORD L | 2.08 |
| SAMSUNG ELECTRONIC PFD KRW5000 | 2.04 |
| BANK HAPOALIM B M ILS1 | 2.04 |
| VOTORANTIM CELULOSE E PAPEL SPONSORED ADR | 1.98 |
| KOREA GAS KRW5000 | 1.97 |
| K T CORP SPONSORED ADR | 1.94 |
| PRESIDENT CHAIN ST TWD10 | 1.93 |
| Percent of Assets in Top Holdings | 20.78 |

## Top Sectors by Percent as of 05/31/05

Communications 17.55
Finance 14.12
Non-Energy Minerals 9.95
Transportation 7.10
Process Industries 6.10
Consumer - Non-Durables 6.00
Consumer Durables 5.78
Utilities 5.45
Energy Minerals 4.32
Electronic Technology 3.91

**Fund fact sheet not valid without Disclaimer Page.** Investment return and value of shares fluctuate and past performance is not a guarantee of future results. Your account balance and the returns on your account are based on the investment options you have selected. To maintain the tax benefits of the Plan, your accounts are an obligation of the sponsoring corporation to you and do not represent a direct ownership in the investment options, Rabbi Trust, or other assets of the Plan sponsor.
Date of first use: 01/24/06

Lipper, A Reuters Company. Copyright 2005 Reuters. All rights reserved. Any copying, republication or redistribution of Lipper content is expressly prohibited, without the prior written consent of Lipper.



THE
# NEWPORT
GROUP

# Delaware VIP REIT
Data updated as of 12/31/05

## Fund Overview

| | | | |
|---|---|---|---|
| Inception Date | 05/04/98 | Yield - 12 Months (%) | 1.92 |
| Total Net Assets ($M) | 640.5 | **Management Company** | |
| Total Expense Ratio (With 12b-1) | 0.84 | DELAWARE MANAGEMENT COMPANY | |
| | | One Commerce Square 2005 Market Street | |
| | | Philadelphia PA 19103-3682 | |

## Lipper Fund Performance Analysis
12/31/05

| | Cumulative (%) | | | | Annualized (%) | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 Month | 3 Month | Quarter to Date | Year to Date | 1 Year | 3 Year | 5 Year | 10 Year | Since Incep. |
| Total Return Performance | 0.54 | 0.54 | 0.54 | 7.17 | 7.17 | 23.57 | 16.50 | -- | 12.70 |
| Quintile Rank | -- | -- | -- | -- | 5 | 5 | 5 | -- | -- |
| Numeric Rank | -- | -- | -- | -- | 42 | 32 | 24 | -- | -- |
| Classification Count | -- | -- | -- | -- | 46 | 36 | 25 | -- | -- |
| Broad Based IX S & P 500 Daily Reinv | 0.05 | 2.09 | 2.09 | 4.91 | 4.91 | 14.39 | 0.54 | 9.07 | -- |

## Risk Analysis (3 Year)
12/31/05

These statistics are measured against the Fund's broad based index S&P 500 Daily Reinv

**Alpha** 0.91
Alpha measures a manager's contribution to performance due to security selection or market timing relative to the broad based index.

**Beta** 0.76
Beta measures a portfolio's sensitivity to market movements in the broad based index.

**R-Squared** 0.21
R-squared is a measure that indicates the extent to which fluctuations in portfolio returns are correlated with those of the broad based index.

**Standard Deviation** 14.57
Standard deviation is a measure of risk that gauges the variability of actual returns from their expected values and the dispersion of these variations over time.

* Best 3 Month Performance Over 3 Years       ♦ Worst 3 Month Performance Over 3 Years

## Fund Full Name
Delaware VIP Trust: Delaware VIP REIT Series: Standard Class Shares

## Lipper Classification
Real Estate Funds

## Investment Policy
The Fund seeks long-term total return by focusing on real estate investment trusts. Capital appreciation is a secondary objective.

## Asset Allocation as of 03/31/05

☐ Equities 95.81
☐ Cash 4.19

## Top Holdings as of 03/31/05

| Holding Name | Percent of TNA |
|---|---|
| EQUITY OFFICE PROPERTIES TR COM | 5.83 |
| SIMON PPTY GROUP INC NEW COM | 5.83 |
| VORNADO RLTY TR SH BEN INT | 5.50 |
| PROLOGIS SH BEN INT | 4.20 |
| GENERAL GROWTH PPTYS INC COM | 4.12 |
| CA HVAMERICA RLTY CORP CUM | 3.50 |
| STARWOOD HOTELS&RESORTS WRL PAIRED CTF | 3.32 |
| UNITED DOMINION REALTY TR I COM | 3.23 |
| HRE NISS PPTYS TR SH BEN INT | 3.11 |
| CBL & ASSOC PPTYS INC COM | 2.92 |
| Percent of Assets in Top Holdings | 41.66 |

## Top Sectors by Percent as of 03/31/05

Finance 98.11

Consumer Services 1.72

**Fund fact sheet not valid without Disclaimer Page.** Investment return and value of shares fluctuate and past performance is not a guarantee of future results. Your account balance and the returns on your account are based on the investment options you have selected. To maintain the tax benefits of the Plan, your accounts are an obligation of the sponsoring corporation to you and do not represent a direct ownership in the investment options, Rabbi Trust, or other assets of the Plan sponsor. Date of first use: 01/24/06

Lipper, A Reuters Company. Copyright 2005 Reuters. All rights reserved. Any copying, republication or redistribution of Lipper content is expressly prohibited, without the prior written consent of Lipper.



# THE
# NEWPORT
## GROUP

# MFS Utilities

Data updated as of 12/31/05

## Fund Overview

| | | | |
|---|---|---|---|
| Inception Date | 11/16/93 | Yield - 12 Months (%) | 0.91 |
| Total Net Assets ($M) | 344.6 | Management Company | |
| Total Expense Ratio (With 12b-1) | 0.84 | **MFS INVESTMENT MANAGEMENT**<br>500 Boylston Street<br>Boston MA 02116 | |

## Fund Full Name

MFS/Sun Life Series Trust: Utilities Series; Initial Class Shares

## Lipper Classification

Utility Funds

## Investment Policy

The Fund seeks capital growth and current income by investing at least 65% of portfolio assets, under normal market conditions, in equity and debt securities issued by domestic and foreign utility companies.

## Lipper Fund Performance Analysis

12/31/05

| | Cumulative (%) | | | | | Annualized (%) | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 Month | 3 Month | Quarter to Date | Year to Date | 1 Year | 3 Year | 5 Year | 10 Year | Since Incep. |
| Total Return Performance | 2.08 | -1.95 | -1.95 | 11.29 | 11.29 | 27.72 | 3.72 | 12.22 | 12.10 |
| Quintile Rank | -- | -- | -- | -- | 1 | 1 | 1 | 1 | -- |
| Numeric Rank | -- | -- | -- | -- | 1 | 1 | 3 | 1 | -- |
| Classification Count | -- | -- | -- | -- | 29 | 24 | 15 | 9 | -- |
| Broad Based IX S & P 500 Daily Reinv | 0.03 | 2.09 | 2.09 | 4.91 | 4.91 | 14.39 | 0.54 | 9.07 | -- |

## Risk Analysis (3 Year)

12/31/05

These statistics are measured against the Fund's broad based index S & P 500 Daily Reinv

**Alpha** 1.16
Alpha measures a manager's contribution to performance due to security selection or market timing relative to the broad based index.

**Beta** 0.79
Beta measures a portfolio's sensitivity to market movements in the broad based index.

**R-Squared** 0.53
R-squared is a measure that indicates the extent to which fluctuations in portfolio returns are correlated with those of the broad based index.

**Standard Deviation** 9.78
Standard deviation is a measure of risk that gauges the variability of actual returns from their expected values and the dispersion of these variations over time.

| | 2003 | | | | 2004 | | | | 2005 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fund | | ↑ 20.42<br>06/30/03 | | | | ↓ -1.59<br>05/31/04 | | | | | | |
| Lipper VUF Utility IX | ↓ -2.82<br>2021/03 | ↑ 17.29<br>05/31/03 | | | | | | | | | | |
| | QTR 1 | QTR 2 | QTR 3 | QTR 4 | QTR 1 | QTR 2 | QTR 3 | QTR 4 | QTR 1 | QTR 2 | QTR 3 | QTR 4 |

↑ Best 3 Month Performance Over 3 Years     ↓ Worst 3 Month Performance Over 3 Years

## Asset Allocation as of 06/30/05

- ▨ Equities 88.23
- ☐ Cash 12.83
- ▦ Fixed Income 8.52
- ☐ Other - 9.58

## Top Holdings as of 06/30/05

| Holding Name | Percent of TNA |
|---|---|
| SPRINT CORP COM FON | 3.54 |
| EXELON CORP COM | 3.51 |
| PPL CORP COM | 3.20 |
| NRG ENERGY INC COM NEW | 3.12 |
| AES CORP COM | 3.06 |
| SEMPRA ENERGY COM | 2.92 |
| VODAFONE GROUP ORD USD0.10 | 2.10 |
| ENAGAS SA EUR1.50 | 2.08 |
| UNTERGY CORP NEW COM | 1.95 |
| EDISON INTL COM | 1.88 |
| Percent of Assets in Top Holdings | 27.36 |

## Top Sectors by Percent as of 06/30/05

- Utilities 42.79
- Communications 14.53
- Industrial Services 9.64
- Consumer Services 8.59
- Energy/Minerals 4.38
- Commercial Services 1.25

**Fund fact sheet not valid without Disclaimer Page.** Investment return and value of shares fluctuate and past performance is not a guarantee of future results. Your account balance and the returns on your account are based on the investment options you have selected. To maintain the tax benefits of the Plan, your accounts are an obligation of the sponsoring corporation to you and do not represent a direct ownership in the investment options, Rabbi Trust, or other assets of the Plan sponsor. Date of first use: 01/24/06

Lipper, A Reuters Company. Copyright 2005 Reuters. All rights reserved. Any copying, republication or redistribution of Lipper content is expressly prohibited, without the prior written consent of Lipper.



# THE NEWPORT GROUP

# AllianceBernstein Global Technology Portfolio

Units updated as of 12/31/05

## Fund Overview

| | | | |
|---|---|---|---|
| Inception Date | 01/11/06 | Yield - 12 Months (%) | 0.00 |
| Total Net Assets ($M) | 102.1 | Management Company | |
| Total Expense Ratio (With 12b-1) | 0.88 | ALLIANCE CAPITAL MANAGEMENT LP | |
| | | 1345 Avenue of the Americas | |
| | | New York NY 10105 | |

## Lipper Fund Performance Analysis

12/31/05

| | Cumulative (%) | | | | | Annualized (%) | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 Month | 3 Month | Quarter to Date | Year to Date | 1 Year | 3 Year | 5 Year | 10 Year | Since Incep. |
| Total Return Performance | -0.03 | 4.40 | 4.18 | 3.86 | -3.86 | 16.42 | -7.21 | - | 6.23 |
| Quintile Rank | -- | -- | -- | -- | 4 | 3 | 4 | -- | -- |
| Numeric Rank | -- | -- | -- | -- | 92 | 69 | 37 | -- | -- |
| Classification Count | -- | -- | -- | -- | 141 | 126 | 59 | -- | -- |
| Broad Based IX S & P 500 Daily Reinv | 0.03 | 2.09 | 2.09 | 4.91 | 4.91 | 14.39 | 0.54 | 9.07 | -- |

## Risk Analysis (3 Year)

12/31/05

These statistics are measured against the Fund's broad based index S & P 500 Daily Reinv

**Alpha** -0.35
Alpha measures a manager's contribution to performance due to security selection or market timing relative to the broad based index.

**Beta** 1.44
Beta measures a portfolio's sensitivity to market movements in the broad based index.

**R-Squared** 0.65
R-squared is a measure that indicates the extent to which fluctuations in portfolio returns are correlated with those of the broad based index.

**Standard Deviation** 16.04
Standard deviation is a measure of risk that gauges the variability of actual returns from their expected values and the dispersion of these variations over time.

| | 2005 | | | | 2004 | | | | 2005 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fund | | ▲ 16.96 06/30/05 | | | | | ▲ -21.50 09/30/04 | | | | | |
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |

▲ Best 3 Month Performance Over 3 Years    ◆ Worst 3 Month Performance Over 3 Years

**Fund fact sheet not valid without Disclaimer Page.** Investment return and value of shares fluctuate and past performance is not a guarantee of future results. Your account balance and the returns on your account are based on the investment options you have selected. To maintain the tax benefits of the Plan, your accounts are an obligation of the sponsoring corporation to you and do not represent a direct ownership in the investment options, Rabbi Trust, or other assets of the Plan sponsor.
Date of first use: 01/24/06

Lipper, A Reuters Company. Copyright 2005 Reuters. All rights reserved. Any copying, republication or redistribution of Lipper content is expressly prohibited, without the prior written consent of Lipper.



**Fund Full Name**
AllianceBernstein Variable Products Series Fund, Inc; Alliance-Bernstein Global Technology Portfolio; CTA Shs

**Lipper Classification**
Specialty/Miscellaneous Funds

**Investment Policy**
The Portfolio seeks growth of capital through investment in companies expected to benefit from advances in technology

**Asset Allocation** as of 03/31/05

☐ Equities 97.14
☐ Cash 2.86

**Top Holdings** as of 03/31/05

| Holding Name | Percent of TNA |
|---|---|
| DELL INC COM | 5.60 |
| MICROSOFT CORP COM | 4.84 |
| MARVELL TECHNOLOGY GROUP LT ORD | 4.50 |
| QUALCOMM INC COM | 4.39 |
| INTEL CORP COM | 4.38 |
| ORACLE CORP COM | 4.19 |
| YAHOO INC COM | 3.82 |
| CISCO SYS INC COM | 3.79 |
| JUNIPER NETWORKS INC COM | 3.77 |
| SAP AKTIENGESELLSCHAFT SPONSORED ADR | 3.32 |
| Percent of Assets in Top Holdings | 42.10 |

**Top Sectors by Percent** as of 03/31/05

Electronic Technology 51.82
Technology Services 31.57
Consumer Services 5.47
Communications 4.38
Distribution Services 1.02
Consumer Durables 0.98
Process Industries 0.73



## Disclaimer Page

**Performance** - The Performance Analysis section shows: (1) Total Return performance includes the reinvestment of all income dividends and capital gains distributions and DOES NOT include the effects of sales charges. (2) Load Adjusted Performance: figures shown are calculated using the formula in form N-1A as mandated by the Securities and Exchange Commission (SEC). The calculations take into account the maximum sales charge and/or redemption charges currently in effect, and any annual expenses assessed. The figures assume a one-time lump sum investment and do not include the effect of taxation. (3) SEC ATP (After Tax Performance) Pre Liquidation and (4) SEC ATP (After Tax Performance) Post Liquidation. After Tax Performance calculations were developed in accordance with the SEC rule, "Disclosure of Mutual Fund After-Tax Returns" (33-7941, January, 2001) that reflects the hypothetical impact that federal taxes would have had on individual shareholder returns. Pre-liquidation assesses the taxes on fund distributions; post-liquidation also reflects taxes on distributions, but adds the tax impact of a shareholder's capital gains or loss upon full redemption of all shares. Each set will measure the SEC-mandated time periods (1/5/10 years and since-inception performance) plus four additional time periods of popular interest (1 month, 3 month, year-to date, and 3 years). ATP is calculated using the historical highest individual federal marginal income tax rates, and do not reflect the impact of state and local taxes. Actual after tax returns depend on the investor's tax situation and may differ from those show, and the after tax returns show are not relevant to investors who hold their fund shares through tax-deferred arrangements such as 401(k) plans or individual retirement accounts. Inclusion or exclusion of foreign tax credits and/or realized capital losses can affect the after tax return. Fund performance may be omitted as follows: NA= NAV not provided by fund; NS= Not in existence at start of performance time period; NE= Excluded by Lipper editor; NN= Fund does not wish to be tracked. 30-Day Yield - Figures shown are calculated using the formula in form N-1A as mandated by the Securities and Exchange Commission. Performance shown in the Growth of $10,000 chart does not include any applicable sales charges and fees. The chart represents a hypothetical investment at the beginning of the time period shown. Lipper Index performance will not show if there is less than ten years of index or fund history available.

**Indices** - IX= Index. Investments cannot be made directly in an index. The Fund's portfolio may differ significantly from the securities held in the index.

Broad Based Index – A widely recognized index that Lipper has assigned to an asset class.

Best-Fit Index – A variety of market indices are available to benchmark fund performance. The Best Fit Index is the market index that best correlates to a fund's performance. S&P 500 Monthly Reinvested Index – a total return version of the S&P 500 Index. with dividends reinvested at month-end. The S&P 500. is an unmanaged capitalization weighted index of 500 stocks designated to measure performance of the broad domestic economy through changes in the aggregate market value of 500 stocks representing all major industries. Investments cannot be made directly in an index. The Fund's portfolio may differ significantly from the securities held in the index. "Standard & Poor's", "S&P", "S&P500" are trademarks of Standard & Poor's Ratings Services.

Lehman Aggregate Bond Total Return Index – a market value-weighted index that tracks the daily price, coupon, pay-downs, and total return performance of fixed-rate, publicly placed, dollar-denominated, and non-convertible investment grade debt issues with at least $100 million par amount outstanding and with at least one year to final maturity. Total return includes dividends reinvested into the index. Investments cannot be made directly in an index. The Fund's portfolio may differ significantly from the securities held in the index.

MSCI, MORGAN STANLEY CAPITAL INTERNATIONAL, and EAFE, and other service marks used herein are the service marks of MSCI or its affiliates. © 2001 Morgan Stanley Capital International Inc. All rights reserved. For information about these indices, go to www.msci.com.

**Lipper Numeric Rank** - The numerical position achieved by the fund within its Lipper classification universe of funds that existed for that time period. Lipper ranks mutual funds based on total return. The rankings are subject to change every month and investors should call for their investment advisor for current rankings. Lipper numeric rankings do not include applicable sales charges and fees.

**Risk Measures** - Alpha, Beta, and R-Squared are calculated against the noted Broad Based and Best Fit Index. Annualized Standard Deviation and Sharpe Ratio are not calculated against a benchmark.

**Top Holdings, Asset Allocation, Quality Analysis, and Sector Weightings** - Data is based on information collected from the investment company, is updated as of the date shown in the section's title, and will vary over time. Asset Allocation may equal less than or greater than 100% due to hedged funds or leveraged cash positions by the fund.

Lipper, A Reuters Company.  Copyright © 2002 Reuters.  All rights reserved.  Any copying, republication or redistribution of Lipper content is expressly prohibited without the prior written consent of Lipper.  Lipper Fund Fact Sheet Service; Product ID: D1v1.3.





NCDCP0001919





You're In The
Driver's Seat

NCDCP0001921



NCDCP0001922

# ENROLLMENT CHECKLIST

For your convenience, we have prepared two ways for you to enroll:

**Online**
° Review the Plan Summary and Q&A included in this enrollment kit.
° Review the enrollment instructions provided on the next page of this enrollment kit.
° Access the website at www.plandestination.com.
° Enter your Login ID (your social security number) and PIN number (the last four digits of your social security number).
° Follow the instructions provided on the website.

**By Facsimile**
° Review the Plan Summary and Q&A included in this enrollment kit.
° Review the enrollment instructions provided on the next page of this enrollment kit.
° Complete and sign the following forms:
  - Compensation Deferral Agreement
  - Consent to Insurance
  - Beneficiary Designation
° Return the forms, via fax, to The Newport Group, at 407-833-9769.

Should you have any questions, feel free to contact Newport's Client Service Center at 800-230-3950 or your Human Resources Department.



## Enrollment Instructions

Please go online at www.plandestination.com, or complete and return election forms via fax to The Newport Group at 407-833-9769.

**(1) Compensation Deferral Agreement**

° **Section I** - Please provide your personal information.

° **Section II for Employees** - Complete the "Employee Deferral Election" section (refer to instructions on form).

° **Section III** - Complete the "Distribution Elections" section (refer to instructions on form).

° **Section IV** - Indicate if you desire the optional Termination of Employment In-Service Account(s) Election distribution.

° **Section V** - Indicate if you desire the optional Survivor Benefit Election distribution.

° **Section VI** - Indicate your specific asset allocation for your deferrals or select one of the "model" portfolios. Designate an asset allocation election for your Retirement/Termination account and each of your In-Service accounts.

° **Section VII** - Sign and date the form in the space marked "Signature of Employee" indicated by the black dot. (Note: If you enrolling online, skip this step and follow the instructions on the website.)

**(2) Consent to Insurance**

° Complete Sections A and C.

° Date and sign the form in the space marked "Signature of Insured" indicated by the black dot. (Note: If you are enrolling online, skip this step and follow the instructions on the website.)

**(3) Beneficiary Designation**

° Please provide your personal information.

° Please list the name, percentage, social security number and relationship of the Primary and Contingent Beneficiary(ies) in the spaces provided.

° Sign and date the form in the space marked "Signature of Employee" indicated by the black dot. (Note: If you have a current Beneficiary Designation on file and do not wish to make any changes, you may skip this step. This form must be signed and returned to The Newport Group via fax even if you are enrolling online.)

Thank you for completing all of the necessary forms. Newport representatives may contact you directly in order to clarify any responses on these forms. Please be assured that all information you provide will remain strictly confidential.

Should you have any questions, feel free to contact Newport's Client Service Center at 800-230-3950.



**New Century Financial Corporation**                                      **Deferred Compensation Plan**

# 2006 COMPENSATION DEFERRAL AGREEMENT

## Section I – Personal Information

| Last | First | Middle Initial | Social Security Number |
|------|-------|----------------|------------------------|

| Address | | Work Telephone Number | E-mail Address |
|---------|--|------------------------|----------------|

| City | State | Zip Code | Date of Birth |
|------|-------|----------|---------------|

## Section II – Employee Deferral Election

For the period through December 31, 2006:

___ I elect to defer _____% of my base salary (up to 80%)

___ I elect to defer _____% of my quarterly bonus (up to 100%)

___ I elect to defer _____% of my commissions (up to 100%)

___ I do not wish to make deferrals to the New Century Financial Corporation Deferred Compensation Plan for this period.

## Section III – Distribution Elections

Please complete the table below.

o Personalize the account name for each In-Service account in the "Account Name" column. In-Service accounts are optional.
o Indicate the percentage of your 2006 deferrals to be credited to each account in the applicable "Allocation" columns.
o Indicate the desired payout month and year for your In-Service account(s) in the "Distribution Date" column, if applicable.
o Indicate how you would like your Retirement and In-Service distribution account(s) paid to you in the applicable "Distribution Schedule" column.

| Account Name | Allocation Percentage (Must total 100%) | Distribution Date (Note: Each account must have a different payout date) | Distribution Schedule |
|--------------|------------------------------------------|---------------------------------------------------------------------------|-----------------------|
| **Retirement** | _____% | ❏ Plan year following Retirement **or** ❏ Plan year following age 65 | ❏ Lump sum **or** ❏ _____ Annual Installments (elect 2-15) |
| **In-Service Distribution #1** Name:_____ | _____% | Year_____ (must be 2009 or later) | ❏ Lump sum **or** ❏ _____ Annual Installments (elect 2-5) |
| **In-Service Distribution #2** Name:_____ | _____% | Year_____ (must be 2009 or later) | ❏ Lump sum **or** ❏ _____ Annual Installments (elect 2-5) |
| **In-Service Distribution #3** Name:_____ | _____% | Year_____ (must be 2009 or later) | ❏ Lump sum **or** ❏ _____ Annual Installments (elect 2-5) |
| **In-Service Distribution #4** Name:_____ | _____% | Year_____ (must be 2009 or later) | ❏ Lump sum **or** ❏ _____ Annual Installments (elect 2-5) |

**Form continued on back**                                              NCFC-RBC-4/06-A

NCDCP0001925

| Account Name | Allocation Percentage (Must total 100%) | Distribution Date (Note: Each account must have a different payout date) | Distribution Schedule |
|---|---|---|---|
| In-Service Distribution #5 | | | ☐ Lump sum |
| | | Year_____ | or |
| Name:_____ | _____% | (must be 2009 or later) | ☐ _____ Annual Installments (elect 2-5) |
| | 100% | | |

### Section IV – Termination of Employment In-Service Account(s) Election

**For Termination of Employment (other than Retirement, Death or Disability) you must elect one of the following options:**

___ I elect to receive my In-Service account(s) in a lump sum in the Plan year following termination.

**OR**

___ I elect to receive my In-Service account(s) as elected (in a lump sum or annual installments) in the Distribution year elected.

### Section V – Survivor Benefit Election

**For Termination of Employment due to Death, you must elect one of the following options:**

___ I elect to have my entire account balance (Retirement and/or In-Service) paid to my designated beneficiary in a lump sum payment as soon as practicable following my death.

**OR**

___ I elect to have my Retirement and/or In-Service accounts paid to my designated beneficiary in accordance with my Retirement and In-Service distribution elections.

*Please note that if death occurs after benefit payments have commenced, the designated beneficiary will continue to receive the installment payments at such times and in such amounts as the participant had originally elected.*

### Section VI – Asset Allocation Election

Elect an asset allocation for your Retirement/Termination account and In-Service distribution accounts (if applicable). Elections must be in whole percentages and must total 100%. Any unallocated portion of an account will be credited to the money market fund.

**Retirement/Termination Account Investment Elections**

Indicate your specific asset allocation or select one of the "Model" portfolios.

| | | |
|---|---|---|
| _____% Lincoln VIP Money Market | _____% American Funds IS Growth | _____% American Funds IS International |
| _____% American Century VP Inflation Protection | _____% AllianceBernstein VPS Small/Mid Cap Val. Port. | _____% Delaware VIP Emerging Markets |
| _____% Delaware VIP Diversified Income | _____% Baron Capital Asset | _____% Delaware VIP REIT |
| _____% American Funds IS High Income Bond | _____% Delaware VIP Small Cap Value | _____% NFS Utilities |
| _____% AllianceBernstein VPS Growth & Income Port. | _____% Scudder VIT Small Cap Index | _____% AllianceBernstein Global Technology Port. |
| _____% Scudder VIT Equity 500 Index | _____% Lincoln VIP International | |

or "Model" portfolios ____Conservative ____Moderate/Conservative ____Moderate ____Moderate/Aggressive ____Aggressive

**In-Service Distribution Account # 1 Investment Elections**      Apply this election to _____ (indicate account name from previous page)

Indicate your specific asset allocation or select one of the "Model" portfolios.

| | | |
|---|---|---|
| _____% Lincoln VIP Money Market | _____% American Funds IS Growth | _____% American Funds IS International |
| _____% American Century VP Inflation Protection | _____% AllianceBernstein VPS Small/Mid Cap Val. Port. | _____% Delaware VIP Emerging Markets |
| _____% Delaware VIP Diversified Income | _____% Baron Capital Asset | _____% Delaware VIP REIT |
| _____% American Funds IS High Income Bond | _____% Delaware VIP Small Cap Value | _____% NFS Utilities |
| _____% AllianceBernstein VPS Growth & Income Port. | _____% Scudder VIT Small Cap Index | _____% AllianceBernstein Global Technology Port. |
| _____% Scudder VIT Equity 500 Index | _____% Lincoln VIP International | |

or "Model" portfolios ____Conservative ____Moderate/Conservative ____Moderate ____Moderate/Aggressive ____Aggressive

**Form continued on next page**

NCDCP0001926

**In-Service Distribution Account # 2 Investment Elections**   Apply this election to _____ (indicate account name from previous page)

Indicate your specific asset allocation or select one of the "Model" portfolios.

_____% Lincoln VIP Money Market _____% American Funds IS Growth _____% American Funds IS International
_____% American Century VP Inflation Protection _____% AllianceBernstein VPS Small/Mid Cap Val. Port._____% Delaware VIP Emerging Markets
_____% Delaware VIP Diversified Income _____% Baron Capital Asset _____% Delaware VIP REIT
_____% American Funds IS High Income Bond _____% Delaware VIP Small Cap Value _____% NFS Utilities
_____% AllianceBernstein VPS Growth & Income Port. _____% Scudder VIT Small Cap Index _____% AllianceBernstein Global Technology Port.
_____% Scudder VIT Equity 500 Index _____% Lincoln VIP International

or "Model" portfolios ____Conservative ____Moderate/Conservative ____Moderate ____Moderate/Aggressive ____Aggressive

**In-Service Distribution Account # 3 Investment Elections**   Apply this election to _____ (indicate account name from previous page)

Indicate your specific asset allocation or select one of the "Model" portfolios.

_____% Lincoln VIP Money Market _____% American Funds IS Growth _____% American Funds IS International
_____% American Century VP Inflation Protection _____% AllianceBernstein VPS Small/Mid Cap Val. Port._____% Delaware VIP Emerging Markets
_____% Delaware VIP Diversified Income _____% Baron Capital Asset _____% Delaware VIP REIT
_____% American Funds IS High Income Bond _____% Delaware VIP Small Cap Value _____% NFS Utilities
_____% AllianceBernstein VPS Growth & Income Port. _____% Scudder VIT Small Cap Index _____% AllianceBernstein Global Technology Port.
_____% Scudder VIT Equity 500 Index _____% Lincoln VIP International

or "Model" portfolios ____Conservative ____Moderate/Conservative ____Moderate ____Moderate/Aggressive ____Aggressive

**In-Service Distribution Account # 4 Investment Elections**   Apply this election to _____ (indicate account name from previous page)

Indicate your specific asset allocation or select one of the "Model" portfolios.

_____% Lincoln VIP Money Market _____% American Funds IS Growth _____% American Funds IS International
_____% American Century VP Inflation Protection _____% AllianceBernstein VPS Small/Mid Cap Val. Port._____% Delaware VIP Emerging Markets
_____% Delaware VIP Diversified Income _____% Baron Capital Asset _____% Delaware VIP REIT
_____% American Funds IS High Income Bond _____% Delaware VIP Small Cap Value _____% NFS Utilities
_____% AllianceBernstein VPS Growth & Income Port. _____% Scudder VIT Small Cap Index _____% AllianceBernstein Global Technology Port.
_____% Scudder VIT Equity 500 Index _____% Lincoln VIP International

or "Model" portfolios ____Conservative ____Moderate/Conservative ____Moderate ____Moderate/Aggressive ____Aggressive

**In-Service Distribution Account # 5 Investment Elections**   Apply this election to _____ (indicate account name from previous page)

Indicate your specific asset allocation or select one of the "Model" portfolios.

_____% Lincoln VIP Money Market _____% American Funds IS Growth _____% American Funds IS International
_____% American Century VP Inflation Protection _____% AllianceBernstein VPS Small/Mid Cap Val. Port._____% Delaware VIP Emerging Markets
_____% Delaware VIP Diversified Income _____% Baron Capital Asset _____% Delaware VIP REIT
_____% American Funds IS High Income Bond _____% Delaware VIP Small Cap Value _____% NFS Utilities
_____% AllianceBernstein VPS Growth & Income Port. _____% Scudder VIT Small Cap Index _____% AllianceBernstein Global Technology Port.
_____% Scudder VIT Equity 500 Index _____% Lincoln VIP International

or "Model" portfolios ____Conservative ____Moderate/Conservative ____Moderate ____Moderate/Aggressive ____Aggressive

**Section VII – Acknowledgement & Agreement** (Please Sign Below)

By completing and signing this form, I authorize my employer to defer the elected amounts from my compensation. I instruct the Plan Administrator to allocate my accounts in the proportions I have designated. If I have elected a Model Portfolio, I instruct the Plan Administrator to allocate my account among such investment options and in such percentages as are applicable to the Model Portfolios I have elected. I understand that the funds and percentages may change from time to time at the discretion of the Plan Administrator. I acknowledge that neither The Newport Group ("Newport") nor New Century Financial Corporation ("Company") has made any representations concerning future performance of any of the investment funds, or any combination of funds, including the Model Portfolios. Further, I have not relied upon advice from Newport nor the Company in selecting from the available menu of individual funds or Model Portfolios. Additionally, I acknowledge that the terms of the New Century Financial Corporation Deferred Compensation Plan document, as reasonably interpreted by New Century Financial Corporation, govern all aspects of the Plan.

●
Signature of Employee                                   Date                                   NCFC-RBC-4/06-A

NCDCP0001927



**Consent to be Insured Form**
**Corporate Owner**

The Lincoln National Life Insurance Company
Corporate Specialty Markets,
350 Church Street, MSM1
Hartford, CT 06115-0482

## Consent to Insurance

☐ **YES** - I, _____ (please print),
consent my employer **New Century Financial Corporation** _____ or any grantor trust it may establish,
(the "Company") obtaining life insurance policies (the "Policies") on my life.

I acknowledge that the Company has an insurable interest in my life and I further acknowledge that the Policies will be used to informally fund benefit obligations. I understand and agree that the Company will be the sole owner and beneficiary of the Policies and that neither I, my estate nor any beneficiary I may designate shall have any interest in the Policies or a right to the proceeds thereof. I understand that the Policies are being acquired by the Company for its own benefit in connection with informally funding Company benefit liabilities.

I understand that, in order to informally fund benefit obligations, the Company may need to increase the amount of insurance under existing Policies on my life from time to time. I hereby authorize the Company to affect such an increase or increases without providing any further notice to me. I also consent to and authorize the Company to continue to be the owner and beneficiary of the Policies indefinitely, including after my employment with Company terminates, whenever and for whatever reason this may occur.

☐ **NO** - I do not consent to have life insurance purchased on my life.

## Work Status:  (Please complete)

| | YES | NO |
|---|---|---|
| 1. Have you been actively at work daily on a full-time basis (at least 35 hours/week) performing all duties of your regular occupation, at your customary place of employment for the past 3 months? (Disregard vacation days, normal non-working days and absences that total less than 4 consecutive days). | ☐ | ☐ |
| *If no,* specify: _____ | | |

| | YES | NO |
|---|---|---|
| 2. Have you used any tobacco or nicotine products in the past 12 months? | ☐ | ☐ |
| *If yes,* please give type(s) of tobacco or nicotine used, frequency and date last used: | | |

_____

---

### Proposed Insured

Name (First, Middle Initial, Last):_____Sex: _____ M  _____ F

_____    _____
Social Security Number                                    Birth Date

_____
Work Address (Street, City, State/Country, Zip Code)

_____    _____
Signature                                    Date

B10443 (05/05)

NCDCP0001929

NCDCP0001930

**New Century Financial Corporation**

# BENEFICIARY DESIGNATION

## Personal Information

| Last | First | Middle Initial | Social Security Number |
|---|---|---|---|

I hereby designate the following Beneficiary(ies) to receive any benefit payable under the Plan by reason of my death, as provided in the Plan document.

## Primary Beneficiary(ies) (Whole percentages only and must total 100%)

| Beneficiary | Percentage |
|---|---|
| Relationship to Participant | Social Security Number |
| Beneficiary | Percentage |
| Relationship to Participant | Social Security Number |
| Beneficiary | Percentage |
| Relationship to Participant | Social Security Number |
| Beneficiary | Percentage |
| Relationship to Participant | Social Security Number |

## Contingent Beneficiary(ies) (Whole percentages only and must total 100%)

| Beneficiary | Percentage |
|---|---|
| Relationship to Participant | Social Security Number |
| Beneficiary | Percentage |
| Relationship to Participant | Social Security Number |

## Please Sign Below

If no percentage is indicated, all beneficiaries will be deemed to have an equal interest in the benefits payable under the Plan.

| Signature of Employee | Date |
|---|---|

NCFC-RBC-4/06-C

NCDCP0001931

NCDCP0001932



NCDCP0001933