# CERTIFICATE OF SERVICE

I, Elizabeth A. Sloan, hereby certify that on March 27, 2009 I caused a copy of the following document to be served on the parties listed on the attached service list in the manner indicated.

**Memorandum of Points and Authorities in Support of the Liquidating Trustee's Motion for Summary Judgment With Respect to the Status of Assets Held In the Rabbi Trust**

_____
Elizabeth A. Sloan (DE No. 5045)

130566.01600/40179948v.1

## Service List

**Via Hand Delivery**

Joseph J. McMahon, Jr.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19801

Joseph H. Huston, Jr.
Stevens & Lee, P.C.
1105 North Market Street
Seventh Floor
Wilmington, DE 19801

Mark D. Collins
Robert J. Stearn, Jr.
Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, De 19801

Carl N. Kunz, III
Morris James LLP
500 Delaware Ave., Ste. 1500
P.O. Box 2306
Wilmington, DE 19801-1494

**Via First Class Mail**

Meryl Young
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612-4412

Paul Blankenstein
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., NW
Washington, D.C. 20036-5306

Alan M. Jacobs, President
AMJ Advisors LLC
999 Central Avenue
Suite 208
Woodmere, New York 11598

Andrew A. Nicely
Mayer, Brown, Rowe & Maw LLP
1909 K Street NW
Washington, DC 20006

Robert J. Keach
Michael A. Fagone
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
PO Box 9729
Portland, ME 04104-5029